CV 03-1261  #1

FILED ———— ENTERED
———— LODGED ———— RECEIVED

JUN 09 2003 MR

AT SEATTLE
BY CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

# CV03-1261

| | |
|---|---|
| PACIFIC MARKET, INC , a Washington corporation, d/b/a PACIFIC MARKET INTERNATIONAL, | ) ) ) ) CIVIL ACTION NO |
| Plaintiff, | ) ) **COMPLAINT FOR TRADE DRESS** **INFRINGEMENT AND UNFAIR** **COMPETITION** |
| vs | ) ) |
| THERMOS L L C., a Delaware limited liability company, | ) ) ) |
| Defendant | ) ) ) |

Plaintiff, Pacific Market, Inc , d/b/a Pacific Market International (hereinafter "PMI"), for its complaint against Defendant, Thermos L L C (hereinafter "Thermos"), alleges as follows

## THE PARTIES

1.     PMI is a corporation of the State of Washington, having an address of 2125 Western Avenue, Suite 501, Seattle, WA  98121

## ?IGINAL

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE (206) 903-8800
FAX (206) 903-8820

1    2    On information and belief, Defendant Thermos is a Delaware limited liability

2    company, having a business address of 2550 West Golf Road, Suite 800, Rolling Meadows,

3    Illinois 60008

4                              **JURISDICTION AND VENUE**

5    3    This civil action arises under the federal unfair competition laws of the United States,

6    15 U S C  § 1125(a) [Lanham Act §43(a)]; and under the Washington State Consumer Protection

7    Act R C W  19.86.020, et seq   Thus, this Court has jurisdiction of this civil action under 28

8    U S C  §§ 1338(a) and 1338(b) and supplemental jurisdiction under 28 U S C  § 1367(a)

9    4    Venue with respect to the Defendant is properly laid in the United States District

10   Court for the Western District of Washington pursuant to 28 U S C  §1391(b)(1) because on

11   information and belief the Defendant resides in the Western District of Washington within the

12   meaning of 28 U S C  § 1397(c) and is doing business therein.

13                           **FACTS COMMON TO ALL COUNTS**

14   5    PMI is a manufacturer and wholesale distributor of thermally insulated drinkware,

15   including the vacuum insulated bottles sold under the registered "STANLEY" mark shown in

16   Exhibits A, B and C attached hereto and herein referred to as the "Stanley Classic Tall Bottle,"

17   "Stanley Classic Wide Bottle," and "Stanley Blue Sport Bottle" individually and "Stanley

18   Products" collectively

19   6    PMI and its predecessors in interest have since at least as early as 1953 made, sold,

20   and transported in interstate commerce, and throughout the State of Washington, millions of its

21   Stanley products shown in Exhibits A, B and C  PMI's customers for these products include

22   Target Stores

23

24

25

**DORSEY & WHITNEY LLP**
U S BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE WASHINGTON 98101
PHONE (206) 903 8800
FAX (206) 903-8820

7.   PMI's product configurations shown in Exhibits A through C are visually distinctive and prominently displayed by PMI's customers to the purchasing public with and without packaging on display shelves, and are recognized by PMI's customers as indicators of source PMI's use of the "Stanley" designs shown in Exhibits A and B has been exclusive and continuous and has resulted in the product configurations acquiring a secondary source-indicating significance with PMI's customers   PMI and its predecessors in interest have extensively advertised the "Stanley" products to its customers

8   The overall look and feel of PMI's Stanley trade dress shown in Exhibits A and B is inherently distinctive

9   On information and belief, Defendant Thermos is a retail and wholesale distributor of steel and thermoplastic coffee mugs, thermal bottles, and beverage tumblers

10   Defendant Thermos has, on information and belief, since at least as early as September 2002, offered to sell steel, insulated bottles substantially identical in appearance to that shown in appended Exhibits D and E to the wholesale trade and to Target Stores for retail sales as shown in Exhibit F, a true and accurate reproduction of a Target Stores newspaper advertisement   On information and belief, upon ordering Defendant's products shown in Exhibits D and E, Target Stores did not reorder Plaintiff's Stanley product shown in Exhibit C

11   On information and belief, at least as early as September 2002, Defendant Thermos has been engaged in the wholesale and retail sale of steel insulated bottles shown in Exhibits D and E in this Judicial District   Exhibits D and E are true and accurate copies of photographs of the products sold by and distributed by Defendant Thermos in the State of Washington and in this judicial district   The Defendant's products shown in Exhibits D and E are confusingly similar in external, nonfunctional appearance to PMI's Stanley products shown in Exhibits A, B and C

COMPLAINT -3-

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE (206) 903 8800
FAX (206) 903-8820

1   12   Defendant Thermos's products shown in Exhibits D and E were and still are, on

2   information and belief, sold and offered for sale at a lower wholesale price than PMI's products

3   shown in Exhibits A through C   Therefore, on information and belief the Defendant has been

4   well aware of the Plaintiff's product configurations and the trademark significance thereof, and

5   has willfully and intentionally passed off its own products as identified in Exhibits D and E as

6   those of PMI in commerce regulated by Congress

7   **CLAIM FOR RELIEF, COUNT I**

8   **A.   Violation of the Washington Consumer Protection Act**

9   13.   PMI repeats and realleges each and every allegation contained in the

10   paragraphs above as if recited herein

11   14.   The above described acts of Defendant Thermos constitute an unfair or deceptive act

12   or practice and an unfair method of competition in the conduct of trade or commerce in violation

13   of R C W 19 86 020 et seq that have infringed PMI's common law trademark rights and thereby

14   injured PMI in its business and property

15   15   Defendant's aforesaid acts have been knowing, willful, and without Plaintiff's

16   permission and have been intended to trade on PMI's goodwill in the State of Washington

17   **CLAIM FOR RELIEF, COUNT II**

18   **A. Common Law Unfair Competition**

19   16   PMI repeats and realleges each and every allegation contained in the

20   paragraphs above as if recited herein

21   17.   PMI has been exclusively and continuously using the Stanley designs in Washington

22   and in interstate commerce since at least as early as 1953 for thermally insulated drinkware

23   18   Defendant's unauthorized use of the products identified in Exhibits D and E

24   constitutes an attempt to pass off its goods as those of PMI and to compete unfairly with PMI

25   This conduct constitutes common law unfair competition.

COMPLAINT -4-

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE WASHINGTON 98101
PHONE (206) 903 8800
FAX (206) 903-8820

1    19    The Defendant's aforesaid acts have been knowing, willful, and without PMI's prior

2    knowledge or consent and PMI has been, and will continue to be, damaged as a result of

3    Defendant's unfair competition in a manner and amount that cannot be fully measured or

4    compensated in economic terms   The Defendant's actions have damaged, and will continue to

5    damage, PMI's market, reputation, and goodwill, and may discourage current and potential

6    customers from dealing with PMI   Such irreparable harm will continue unless the Defendant's

7    acts are restrained and/or enjoined during the pendency of this action and thereafter

8                              **CLAIM FOR RELIEF, COUNT III**

9    **A. Federal Trade Dress Infringement**

10    20    PMI repeats and realleges each and every allegation contained in the

11    paragraphs above as if recited herein

12    21.    Defendant's aforesaid products identified in Exhibits D and E are a false designation

13    of origin, which is likely to confuse or has confused the public into believing that there is an

14    affiliation, connection or association between the source of the Defendant's aforesaid products

15    and the source of PMI's products shown in Exhibits A through C

16    22    PMI believes that it has been damaged, and will continue to be damaged, by such

17    confusion as to affiliation, connection or association of the type described

18    23    The Defendant's aforesaid acts have been knowing, willful, and without PMI's prior

19    knowledge or consent and are therefore a violation of the Plaintiff's rights under 15 U S C

20    §1125(a) [§ 43(a) of the Lanham Act]

21

22

23

24

25

COMPLAINT -5-

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTRE
1420 FIFTH AVENUE  SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE (206) 903 8800
FAX (206) 903-8820

1

**PRAYER FOR RELIEF**

2   WHEREFORE, Plaintiff prays for the entry of a judgment by this Court against the

3   Defendant providing

4   (a)   That the Defendant has violated the Washington State Consumer Protection Act,

5   R C W  19 86.020 et seq , and is passing off its goods as those of PMI's in violation common law

6   unfair competition,

7   (b)   For an award of damages, together with interest, to compensate the Plaintiff for

8   the Defendant's past acts of unfair competition and misidentification of origin, and that such an

9   award be trebled, and for an award to Plaintiff of all of its costs and attorney's fees with respect

10  thereto in accordance with R.C W  19 86 090,

11  (c)   That the Defendant has violated § 43(a) of the Lanham Act;

12  (d)   That the Defendant, its respective agents, servants, employees, attorneys and all

13  other persons in active concert or in participation with the Defendant be preliminarily and

14  permanently enjoined and restrained from making any false designation of origin which is likely

15  to confuse the public, or cause mistake, or to deceive the public as to believing that there is an

16  affiliation, connection or association of the Defendant with the Plaintiff by virtue of any

17  similarity between the Defendant's thermal drinkware and the Plaintiff's thermal drinkware,

18  (e)   For an award of damages in accordance with 15 U S C  § 1117(a) including all of

19  the Defendant's profits, damages sustained by the Plaintiff, and the costs of the action including

20  a trebling of such damages and that the Court determine that this is an exceptional case and

21  award the Plaintiff its reasonable attorney's fees,

22

23

24

25

DORSEY & WHITNEY LLP
U S BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE (206) 903 8800
FAX (206) 903 8820

1     (f)     For other and further relief as is provided by law and that this Court deems just

2 and equitable

3 DATED this _____ day of June, 2003

4                                              DORSEY & WHITNEY LLP

5

6

7                                              PETER EHRLICHMAN WSBA #6591
                                               JASON RHODES WSBA #31883
8                                              U S  Bank Centre
9                                              1420 Fifth Avenue, Suite 3400
                                               Seattle, WA 98101-4010
10                                             Telephone   (206) 903-8800
                                               Facsimile   (206) 903-8820
11
                                               SEED INTELLECTUAL PROPERTY LAW GROUP
12                                             PLLC

13                                             MICHAEL J  FOLISE, WSBA #15276
14                                             RUSSELL E  TARLETON, WSBA #17006
                                               701 Fifth Avenue, Suite 6300
15                                             Seattle, WA  98104
                                               Telephone·  (206) 622-4900
16
                                               Attorneys for
17                                             Pacific Market, Inc , d/b/a Pacific Market
                                               International
18

19

20

21

22

23

24

25

COMPLAINT -7-

DORSEY & WHITNEY LLP
U S  BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE  WASHINGTON  98101
PHONE  (206) 903 8800
FAX  (206) 903-8820

# EXHIBIT A



EXHIBIT A

# EXHIBIT B



EXHIBIT B

# EXHIBIT C

EXHIBIT C

# EXHIBIT D

EXHIBIT D

# EXHIBIT E



EXHIBIT E

# EXHIBIT F



**EXHIBIT F**

JS 44   (Rev 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court   This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

| I   (a)   PLAINTIFF | DEFENDANT |
|---|---|
| PACIFIC MARKET, INC , a Washington corporation, d/b/a PACIFIC MARKET INTERNATIONAL | THERMOS L L C , a Delaware limited liability company |

| (b)   County of Residence of First Listed Plaintiff King | County of Residence of First Listed |
|---|---|
| (EXCEPT IN U S PLAINTIFF CASES) | (EXCEPT IN U S PLAINTIFF CASES) |
| | NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED |

FILED   ENTERED

(c)   Attorney's (Firm Name, Address, and Telephone Number)   LODGED   RECEIVED   Attorneys (If known)

Peter S Ehrlichman/Dorsey & Whitney LLP
1420 Fifth Avenue, #3400
Seattle, WA  98101 (206-903-8800)

CV03 - 1261

JUN 0 9 2003

AT SEATTLE
CLERK U S, DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| II   BASIS OF JURISDICTION   (Place an "X" in One Box Only) | | III   CITIZENSHIP OF PRINCIPAL PARTIES   (Place an "X" in One Box for Plaintiff and One Box for Defendant) | | | | |
|---|---|---|---|---|---|---|
| | | (For Diversity Cases Only) | | | | |
| | | | PTF | DEF | | PTF | DEF |
| ☐ 1   U S Government Plaintiff | ☒ 3   Federal Question (U S Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2   U S Government Defendant | ☐ 4   Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV   NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury —Product Liability | | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | Liability | **PERSONAL PROPERTY** | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 850 Securities /Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

(PLACE AN "X" IN ONE BOX ONLY)

| V   ORIGIN | | | | | |
|---|---|---|---|---|---|
| ☒ 1   Original Proceeding | ☐ 2   Removed from State Court | ☐ 3   Remanded from Appellate Court | ☐ 4   Reinstated or Reopened | ☐ 5   Transferred from another district (specify) | ☐ 6   Multidistrict Litigation | ☐ 7   Appeal to District Judge from Magistrate Judgement |

**VI   CAUSE OF ACTION**   (Cite the U S Civil Statute under which you are filing and write brief statement of cause Do not cite jurisdictional statutes unless diversity )

15 U S C §§ 1051 to 1129 (The Lanham Act)

| VII   REQUESTED IN COMPLAINT | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23 | DEMAND $ Preliminary and Permanent Injunction Plus Damages | CHECK YES only if demanded in complaint |
|---|---|---|---|
| | | | JURY DEMAND   ☐ Yes   ☐ No |

| VIII   RELATED CASE(S) IF ANY | (See instructions) | | |
|---|---|---|---|
| | JUDGE | DOCKET NUMBER | |

| DATE   6/9/03 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

| FOR OFFICE USE ONLY | | | |
|---|---|---|---|
| RECEIPT # | AMOUNT | APPLYING IFP | |

ORIGINAL