THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC MARKET, INC., a Washington corporation, d/b/a PACIFIC MARKET INTERNATIONAL,<br><br>Plaintiff,<br><br>vs.<br><br>THERMOS L.L.C., a Delaware limited liability company,<br><br>Defendant. | CIVIL ACTION NO. C03-1261C<br><br>**PRAECIPE REGARDING EXHIBIT ATTACHMENT** |

Please attach Exhibits "A" through "E" (attached hereto) to Document No. 49, Second Amended Complaint for Trade Dress Infringement and Unfair Competition submitted by CM/ECF System filing on September 8, 2004, and which Exhibits were omitted in the CM/ECF System filing due to their photographic color images and are thus being offered for filing in paper format.

PRAECIPE REGARDING EXHIBIT ATTACHMENT -1-
C03-1261C

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| Respectfully Submitted this 14th day of September 2004. | DORSEY & WHITNEY LLP<br><br>*/s/ Shannon McMinimee* _____<br>PETER EHRLICHMAN, WSBA #6591<br>MARK CARLSON, WSBA #17493<br>SHANNON MCMINIMEE, WSBA #34471<br>U.S. BANK CENTRE<br>1420 FIFTH AVENUE, SUITE 3400<br>SEATTLE, WA 98101-4010<br>TELEPHONE:  (206) 903-8800<br>FACSIMILE:   (206) 903-8820<br><br>Attorneys for<br>Pacific Market, Inc.; d/b/a Pacific Market International |

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2004, I sent the foregoing to the following:

| | |
|---|---|
| Edward F. O'Connor<br>Levin & O'Connor<br>384 Forest Avenue, Suite 13<br>Laguna Beach, CA  92651<br>Facsimile No. (949) 497-7679 | ☐ Via Messenger<br>☒ Via U.S. Mail<br>☐ Via Overnight Mail<br>☒ Via Facsimile |
| Marc Levy<br>Preston, Gates & Ellis L.L.P.<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104-1158<br>Facsimile No. (206) 623-7022 | ☐ Via Messenger<br>☒ Via U.S. Mail<br>☐ Via Overnight Mail<br>☒ Via Facsimile |

*/s/ Barbara J. Rose*
Barbara J. Rose

PRAECIPE REGARDING EXHIBIT ATTACHMENT -2-
C03-1261C
4819-8407-8592

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820