THE HONORABLE JAMES L. ROBART

CC TO JUDGE __DJ__

03-CV-01261-PRAE

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

SEP 14 2004  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC MARKET, INC., a Washington corporation, d/b/a PACIFIC MARKET INTERNATIONAL,<br><br>    Plaintiff,<br><br>vs.<br><br>THERMOS L.L.C., a Delaware limited liability company,<br><br>    Defendant. | CIVIL ACTION NO. C03-1261C<br><br>**PRAECIPE REGARDING EXHIBIT ATTACHMENT** |

Please attach Exhibits "A" through "E" (attached hereto) to Document No. 49, Second Amended Complaint for Trade Dress Infringement and Unfair Competition submitted by CM/ECF System filing on September 8, 2004, and which Exhibits were omitted in the CM/ECF System filing due to their photographic color images and are thus being offered for filing in paper format.

PRAECIPE REGARDING EXHIBIT ATTACHMENT - 1-
C03-1261C

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  Respectfully Submitted this 14th day of September 2004.

   DORSEY & WHITNEY LLP

2  /s/ Shannon McMinimee
   PETER EHRLICHMAN, WSBA #6591
3  MARK CARLSON, WSBA #17493
   SHANNON MCMINIMEE, WSBA #34471
4  U.S. BANK CENTRE
   1420 FIFTH AVENUE, SUITE 3400
5  SEATTLE, WA 98101-4010
   TELEPHONE: (206) 903-8800
6  FACSIMILE: (206) 903-8820

7

8  Attorneys for
   Pacific Market, Inc.; d/b/a Pacific Market International

9

## CERTIFICATE OF SERVICE

10

11  I hereby certify that on September 14, 2004, I sent the foregoing to the following:

12  Edward F. O'Connor
    Levin & O'Connor
    384 Forest Avenue, Suite 13
13  Laguna Beach, CA 92651
    Facsimile No. (949) 497-7679
14

    ☐ Via Messenger
    ☒ Via U.S. Mail
    ☐ Via Overnight Mail
    ☒ Via Facsimile

15  Marc Levy
    Preston, Gates & Ellis L.L.P.
16  925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
17  Facsimile No. (206) 623-7022

    ☐ Via Messenger
    ☒ Via U.S. Mail
    ☐ Via Overnight Mail
    ☒ Via Facsimile

18

19  /s/ Barbara J. Rose
    Barbara J. Rose

20

21

22

23

24

25

PRAECIPE REGARDING EXHIBIT ATTACHMENT -2-
C03-1261C
4819-8407-8592

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820



EXHIBIT A



EXHIBIT B



EXHIBIT C



EXHIBIT D



EXHIBIT E