THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

PACIFIC MARKET, INC., a Washington )
corporation, and PACIFIC MARKET )
INTERNATIONAL, L.L.C., a Washington )   Civil Action No. CV03-1261 JLR
limited liability company, collectively d/b/a )
PACIFIC MARKET INTERNATIONAL, )   **AMENDED PRETRIAL ORDER**
)
           Plaintiffs, )
)
      vs. )
)
THERMOS L.L.C., a Delaware limited )
liability company, )
)
          Defendant. )
_____ )

11
12
13
14
15
16
17
18
19

### STATEMENT OF JURISDICTION

20
21

     Jurisdiction is vested in this Court pursuant to 28 U.S.C. §§ 1338(a) and 1338(b), and

supplemental jurisdiction under 28 U.S.C. § 1367(a).

22

### CLAIMS AND DEFENSES

23
24
25

     Plaintiffs intend to pursue at trial the following claims:   (i) violation of the unfair

competition laws of the United States, 15 U.S.C. § 1125(a) [Lanham Act §43(a)]; (ii) violation of

the Washington State Consumer Protection Act, R.C.W. § 19.86.020, *et seq*; and (iii) violation of

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Washington's common law against unfair competition.

Defendant will pursue the following affirmative defense: estoppel by laches.

## ADMITTED FACTS

The following facts are admitted by the parties:

1.      Pacific Market, Inc. is a corporation of the State of Washington, having an address of 2125 Western Avenue, Suite 501, Seattle, WA  98121.  Pacific Market International, L.L.C., is a limited liability company of the State of Washington, also having an address of 2125 Western Avenue, Suite 501, Seattle, WA 98121.   Pacific Market, Inc. and Pacific Market International, L.L.C. collectively do business as Pacific Market International ("PMI").

2.      PMI manufactures and distributes the Stanley Classic Tall Bottle (the "Stanley bottle").

3.      Defendant Thermos, L.L.C. ("Thermos") is a Delaware limited liability company, having a business address of 2550 West Golf Road, Suite 800, Rolling Meadows, IL  60008.

4.      In 2001, Thermos began to develop a new product designed to compete with the Stanley bottle.  Thermos sometimes referred to this product development project internally as the "Stanley Killer" project.  This project resulted in the "Thermos Work Series Beverage Bottle" (the "Work Series bottle").

5.      The Stanley bottle and the Work Series bottle are both steel, vacuum-insulated bottles.

6.      The Stanley bottle and the Work Series bottle are both sold and transported in interstate commerce.

7.      The Stanley bottle and the Work Series bottle are both sold in the State of Washington.

### The Plaintiffs contend as follows:

1.      In February 2002, PMI purchased the rights to the Stanley bottle, including all

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

intellectual property rights, from Aladdin Industries, L.L.C. ("Aladdin").

2.      PMI alleges that the following external features comprise the trade dress of the Stanley Tall Classic (the "Stanley Trade Dress"):

a.      a base of constant diameter substantially throughout its length;

b.      a tapered or torpedo like overall look and appearance from bottom to top generated from the top or cap being a diameter that is less than the body;

c.      a body bearing a crinkled finish with a solid color;

d.      a top or cap and band at the base of the body bearing the appearance of a stainless steel finish; and

e.      a band at the base of the top or cap with a color that substantially matches the color of the body.

PMI asserts that features a, b, c, and d have been a part of the design of the Stanley bottle since at least 1953, and that feature e has been a part of the design of the Stanley bottle since at least 1968.

3.      The Stanley Trade Dress and the elements that comprise it are non-functional. Neither the Stanley Trade Dress nor any of its individual elements yield a utilitarian advantage or result from a comparatively simple or inexpensive method of manufacture.  There are numerous alternative designs to the Stanley Trade Dress and to the elements that comprise it, and neither PMI nor its predecessors-in-interest have touted the utilitarian advantages of the Stanley Trade Dress or the elements that comprise it.

4.      The Stanley Trade Dress has acquired secondary meaning.  The public associates products that have the Stanley Trade Dress as having come from a single source.  Because the Stanley Trade Dress has acquired secondary meaning, it is a strong mark.   PMI, and its predecessors-in-interest have continuously and exclusively used all of the elements that comprise the Stanley Trade Dress for decades.

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

5.     Consumers are likely to be confused as to the source of the Work Series bottle and/or as to whether there is a relationship or affiliation between the producer of the Work Series bottle and the producer of the Stanley bottle.

6.     The Work Series bottle replicates all of the elements of the Stanley Trade Dress. Thermos's label does not serve to differentiate the bottles.  Thermos's packaging does not prevent or eliminate a likelihood of confusion.

7.     In its production of the Work Series bottle, Thermos has willfully and intentionally copied the Stanley Trade Dress.

8.     The Stanley bottle and the Work Series bottle directly compete for the same market.  The marketing channels of the Work Series bottle and the Stanley bottle converge.  Both are sold to retail distributors, and, in some locations, are displayed side-by-side on store shelves, often outside of their packaging.

9.     A survey performed for Thermos shows that some people believe the Work Series bottle is made by or associated with the manufacturer of the Stanley bottle.

10.     Consumers exercise little care when purchasing products like the Work Series bottle and the Stanley bottle.

11.     PMI and Thermos already compete directly, making it irrelevant whether the parties are likely to expand their product lines.

12.     Consumers have actually been confused as to the source of the Work Series bottle and/or as to whether there is a relationship or affiliation between the producer of the Work Series bottle and the producer of the Stanley bottle.

13.     PMI has suffered damages because of Thermos's infringement of its trade dress, including lost profits due to lost sales, lost profits caused by price erosion, the costs of advertising and marketing to prevent consumers from being confused, and damages to the goodwill and reputation of the Stanley Trade Dress.

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

**The Defendant contends as follows:**

1.     The product features that PMI claims as its trade dress are functional.

2.     The product features that PMI claims as its trade dress are generic.

3.     PMI's claimed trade dress has not acquired secondary meaning.

4.     Thermos expended significant resources in developing the Thermos Work Series bottle.  Thermos hired an outside design firm to assist it in developing a new design. Thermos also conducted focus groups of current Stanley owners to find out what they did and did not like about their Stanley bottles.

5.     Thermos did not intend to copy the Stanley bottle, and in fact took steps to distinguish its Work Series bottle from the Stanley bottle.

6.     Thermos's Work Series bottle is not a copy of the Stanley bottle.  The Work Series bottle is readily distinguishable from the Stanley bottle.

7.     Thermos's Work Series bottle is superior to the Stanley bottle in many ways. The Thermos Work Series bottle includes a taller, slimmer cup, a flared base for stability, black rubber "bumpers" around the top and bottom of the bottle, a sturdy rubber handle, and a non-skid rubber pad on the bottom.  As a result of Thermos's superior vacuum technology, the Thermos Work Series bottle has a greater capacity than the Stanley bottle.  Many of these features are called out on the packaging in which the Work Series bottle is sold.

8.     Thermos had no intent to confuse consumers as to the source, sponsorship or affiliation of the Thermos Work Series bottle.

9.     Consumers have not actually been confused as to the source, sponsorship or affiliation of the Thermos Work Series bottle.

10.    Consumers are not likely to be confused as to the source, sponsorship or affiliation of the Thermos Work Series bottle.

11.    Aladdin Industries failed to exercise due diligence in enforcing the claimed

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

trade dress rights.

12.     PMI has suffered no damages as a result of any customer confusion between the Thermos Work Series bottle and the Stanley bottle.

## ISSUES OF LAW

The parties agree that the following issue of law is to be determined by the Court:

1.     Whether PMI is entitled to injunctive relief as a result of Thermos's actions.

2.     Whether or not the equitable defense of laches should be applied in this case and, if so, whether or not it bars PMI's claims or some or all of the relief sought by PMI.

**The Plaintiffs contend the following are also issues of law to be determined by the Court:**

1.     Whether Thermos's expert reports and related testimony are admissible.

2.     Whether Thermos should be precluded from offering any evidence, statements, and arguments that PMI must prove that consumers identify products bearing the Stanley Trade Dress as having come from PMI, Aladdin, or Stanley to establish secondary meaning.

3.     Whether Thermos should be precluded from offering any evidence, statements, and arguments relating to name recognition surveys performed by Buntin Marketing Services.

4.     Whether Thermos should be precluded from offering any evidence, statements, and arguments relating to irrelevant differences in the Stanley and Thermos Work Series bottles.

5.     Whether Thermos should be precluded from offering any evidence, statements, expert testimony, and arguments relating to Thermos's financial information requested during discovery but were not disclosed in a timely manner.

6.     Whether Thermos should be precluded from offering any evidence, statements, and arguments relating to any documents or things requested during discovery but were not produced in a timely manner.

7.     Whether Thermos should be precluded from offering any evidence, statements, and arguments relating to the calculation of monetary damages based upon a reasonable royalty.

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

8.      Whether Thermos should be precluded from offering any opinion testimony from its damages expert, David Nolte, beyond the stated scope of his area of expertise in accounting, finance, and the valuation of businesses and business assets.

9.      Whether Thermos should be precluded from offering any testimony on its behalf regarding evidence concerning or supporting the affirmative defenses it has asserted that is new or different from its deposition testimony through its Fed. R. Civ. Pro. 30(b)(6) designee Anthony Seitz given on July 22, 2004.

10.     Whether Thermos should be precluded from offering any evidence, statements, and arguments relating to a previous 1997 lawsuit involving Nippon Sanso, The Thermos Company, Starbucks, and Pacific Market Inc.

**The Defendant contends the following are also issues of law to be determined by the Court:**

1.      Whether PMI's expert reports and related testimony are admissible.

2.      Whether a generic product feature can be protectible as trade dress.

3.      Whether a product that is a combination of functional elements can constitute trade dress.

4.      Whether PMI's claimed trade dress is too broad and ambiguously defined to be protectible.

5.      Whether PMI has sufficiently articulated the trade dress that PMI claims exists in the Stanley bottle.

6.      Whether secondary meaning requires that a substantial percentage of consumers associate the claimed trade dress with products from a single, specific company, even if they cannot identify that company by name.

7.      Whether PMI, in order to establish that its claimed trade dress is protectible, must prove the existence of secondary meaning in one or more nonfunctional features of its claimed trade dress.

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

8.     Whether evidence of copying of product features, without evidence of intent to confuse, is relevant to assessing likelihood of confusion.

9.     Whether evidence of copying of product features is relevant to establish the existence of secondary meaning.

10.     Whether advertising by PMI or its predecessors that does not emphasize or call attention to the claimed trade dress is relevant to establish the existence of secondary meaning.

11.     Whether the presence of the THERMOS® trademark on Thermos's Work Series bottle and packaging negates any claimed likelihood of confusion.

12.     Whether Thermos's packaging negates any claimed likelihood of confusion.

13.     Whether a consumer survey in which fewer than one percent of respondents were confused about the source of Thermos's product can constitute evidence of actual confusion.

14.     Whether evidence concerning the ownership of Thermos L.L.C. is relevant and admissible.

15.     Whether newspaper articles concerning the Stanley bottle that were placed as a result of solicitations by PMI's public relations firm are relevant to establish secondary meaning in PMI's claimed trade dress.

16.     Whether the testimony of PMI's customer service representatives about consumer telephone calls regarding Thermos's products is admissible.

17.     Whether PMI, having not purchased the goodwill attendant to the STANLEY® trademark from Aladdin, possesses all of the intellectual property rights necessary to bring this claim.

18.     Whether PMI has no right to assert the claims in this lawsuit because it did not own the claimed trade dress rights at the time it filed the lawsuit.

**Dorsey & Whitney llp**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

## EXPERT WITNESSES

2      (a)      Each party shall be limited to one expert witness on the issues of functionality,

3  survey research, and damages.

4      (b)      The names and address of the expert witnesses to be used by each party at the trial

5  and the issue upon which each will testify is:

6      (1)      On behalf of the Plaintiffs:

7  Cooper Woodring

8  13595 Bullion Court
   North Padre Island
9  Corpus Christi, TX  78418

10      Mr. Woodring will testify as an expert witness on functionality.  More specifically,

11  Mr. Woodring will testify about the non-functionality of Stanley Trade Dress and the non-

12  functionality of each of the elements that comprise Stanley Trade Dress.  Mr. Woodring will

13  testify about the opinions and conclusions set out in his expert report and will rebut the testimony

14  of Thermos's fact witnesses on the subject of functionality.

15

16  Richard Troxel
    205 Tom Fasio Trace
17  Hendersonville, NC  28739

18      Mr. Troxel will testify as an expert witness about damages.  More specifically,

19  Mr. Troxel will testify about the profits earned by Thermos from its infringing conduct, as well

20  as actual damages that PMI incurred because of Thermos's infringing conduct.  Mr. Troxel will

21  testify about the opinions and conclusions set out in his expert report and in his expert rebuttal

22  report.  Mr. Troxel will also rebut the testimony of Thermos's damages witnesses, both fact and

23  expert, and specifically will rebut the statements in Thermos's damages expert report.

24

25

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

James Hebert
c/o Hebert Research, Inc.
13629 NE Bel-Red Road
Bellevue, WA  98005

Mr. Hebert will testify as an expert witness in the field of survey research.  More specifically, Mr. Hebert will testify about the results of his survey of secondary meaning, and the opinions and conclusions set out in his expert report and in his expert rebuttal report.  Mr. Hebert will rebut the testimony of Thermos's fact witnesses on the subject of secondary meaning.  Mr. Hebert will also rebut the testimony of Thermos's expert witness in the field of survey research.

     (2)    On behalf of the Defendants:

David Nolte
Fulcrum Financial Inquiry
1000 Wilshire Boulevard, Suite 1650
Los Angeles, CA  90017

Mr. Nolte will testify as an expert witness about damages.  Mr. Nolte will testify about the opinions and conclusions set out in his expert report and his expert rebuttal report and the matters discussed in his deposition, including his opinion as to a reasonable royalty rate and his calculation of Thermos's actual profits on sales of the Thermos Work Series bottle after appropriate deductions.  Mr. Nolte will also rebut the testimony of PMI's damages witnesses, both fact and expert, and specifically the statements in Plaintiffs' expert reports on damages.

Philip Johnson
Leo J. Shapiro and Associates LLC
455 East Illinois Street
Chicago, IL  60611

Mr. Johnson will testify as an expert witness in the field of survey research.  Mr. Johnson will testify about the opinions and conclusions set out in his expert report and his expert rebuttal report, including the results of his survey showing that there is no likelihood of confusion between Defendant's Work Series bottle and PMI's Stanley bottle, and the matters

**Dorsey & Whitney llp**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

discussed in his deposition.  Mr. Johnson will also rebut the testimony of PMI's expert witness in the field of survey research.

**OTHER WITNESSES**

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a)     On behalf of the Plaintiffs:

Robert Harris
c/o Pacific Market International
2125 Western Avenue
Seattle, WA  98121

Mr. Harris will testify about the history and structure of PMI; his knowledge of the market for vacuum-insulated food and beverage containers, including the market for vacuum-insulated steel food and beverage containers; the history and value of the Stanley bottle; PMI's acquisition of the rights to the Stanley bottle, including the right to the Stanley Trade Dress; the changes made to the Stanley bottle and its method of manufacture after its acquisition by PMI; the impact of Thermos's infringement on PMI; and the matters discussed at his deposition.

Anthony Seitz
c/o Thermos L.L.C.
2550 West Golf Road, Suite 800
Rolling Meadows, IL  60008

Mr. Seitz will testify about his knowledge of Thermos's corporate structure and the relationship between Thermos and its parent company, Nippon Sanso Corporation of Japan, the market(s) for vacuum-insulated bottles and any research performed by Thermos or at Thermos's request related to the market(s) for vacuum-insulated bottles, attempts by Thermos to compete in the "tradesman" or "blue-collar" segment of the vacuum-insulated bottle market, the development of the Work Series bottle, Thermos's intent to replicate the trade dress of the Stanley bottle, Thermos's intent to replicate the packaging of the Stanley bottle, all affirmative defenses asserted by Thermos, and the matters discussed at his deposition and the portion of the

AMENDED PRETRIAL ORDER– 11
CV03-1261 JLR

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Thermos 30(b)(6) deposition for which he served as Thermos's designee.  Alternatively, Mr. Seitz will testify about these same subjects via his videotaped deposition

> Yasuhiro "Eddie" Murakami
> c/o Thermos L.L.C.
> 2550 West Golf Road, Suite 800
> Rolling Meadows, IL  60008

Mr. Murakami may testify (possible witness) about his knowledge of the development of the Work Series bottle; Thermos's intent to replicate the trade dress of the Stanley bottle, the non-functionality of the elements of the Stanley Trade Dress and its elements; all affirmative defenses asserted by Thermos; and the matters discussed at his deposition, including the portion of his deposition designated as Thermos 30(b)(6) deposition testimony.  Alternatively, Mr. Murakami will testify about these same subjects via his videotaped deposition.

> Dianne Meister
> c/o Meridan Associates
> One East Erie Street, Suite 240
> Chicago, IL  60622

Ms. Meister will testify via the videotaped deposition of the 30(b)(6) deposition of Meridian Associates ("Meridian") for which she served as its designee.  Ms. Meister will testify about research performed by Meridian at Thermos's request related to the market(s) for vacuum-insulated bottles, including the formulation of and results obtained from the "Thermos 'SKIL' Branding Assessment," and other matters discussed in the Meridian deposition.

> Michael Joss
> c/o Joss Design Group
> 444 North Wells Street, Suite 201
> Chicago, Il  60610

Mr. Joss will testify about Joss's involvement in the development of the Work Series bottle, including the designs provided to Thermos by Joss; Thermos's reactions to those designs; communications between Thermos and Joss related to the development of the Work Series bottle; and other matters discussed at the Joss deposition.  Alternatively, Mr. Joss will testify

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

about the same via the videotaped deposition of the 30(b)(6) deposition of Joss Design Group ("Joss") for which he served as its designee.

> Lee Landan
> c/o Landan Research
> 1415 West 22nd Street
> Oak Brook, IL  60523

Mr. Landan will testify via the videotaped deposition of the 30(b)(6) deposition of Landan Research ("Landan") for which he served as its designee.  Mr. Landan will testify about Landan's involvement in the development of the Work Series bottle, including the focus group research performed by Landan at Thermos's request; Thermos's reactions to that research; communications between Thermos and Landan related to the development of the Work Series bottle and related to the focus group research performed by Landan at Thermos's request; and other matters discussed at the Landan deposition.

> Scott Borto
> 3161 Anton Drive
> Aurora, IL  60504

Mr. Borto will testify via his videotaped deposition.  Mr. Borto will testify about his knowledge of the market(s) for vacuum-insulated bottles and any research performed by Thermos or at Thermos's request related to the market(s) for vacuum-insulated bottles, attempts by Thermos to compete in the "tradesman" or "blue-collar" segment of the vacuum-insulated bottle market, the development of the Work Series bottle, Thermos's intent to replicate the trade dress of the Stanley bottle, Thermos's intent to replicate the Stanley bottle packaging, the non-functionality of the elements of the Stanley Trade Dress and its elements, and other matters discussed at his deposition.

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Mark Finstein
1495 Falcon Lane
Hoffman Estates, IL  60192

Mr. Finstein will testify via his videotaped deposition.  Mr. Finstein will testify about his knowledge of the market(s) for vacuum-insulated bottles and any research performed by Thermos or at Thermos's request related to the market(s) for vacuum-insulated bottles, attempts by Thermos to compete in the "tradesman" or "blue-collar" segment of the vacuum-insulated bottle market, the development of the Work Series bottle, Thermos's intent to replicate the trade dress of the Stanley bottle, Thermos's intent to replicate the Stanley bottle packaging, and other matters discussed at his deposition.

John Bergeron
4003 Neuse Court
Greensboro, NC  27407

Mr. Bergeron will testify via his videotaped deposition.  Mr. Bergeron will testify about his knowledge of the market(s) for vacuum-insulated bottles and any research performed by Thermos or at Thermos's request related to the market(s) for vacuum-insulated bottles, attempts by Thermos to compete in the "tradesman" or "blue-collar" segment of the vacuum-insulated bottle market, the development of the Work Series bottle, Thermos's intent to replicate the trade dress of the Stanley bottle, and other matters discussed at his deposition.

John Lanman
2607 Gleneagles Drive
Naperville, IL  60565

Mr. Lanman will testify via his videotaped deposition.  Mr. Lanman will testify about his knowledge of the market(s) for vacuum-insulated bottles and any research performed by Thermos or at Thermos's request related to the market(s) for vacuum-insulated bottles, attempts by Thermos to compete in the "tradesman" or "blue-collar" segment of the vacuum-insulated bottle market, the development of the Work Series bottle, Thermos's intent to replicate the trade dress of the Stanley bottle, and other matters discussed at his deposition.

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Michael Bross
c/o Pacific Market International
2125 Western Avenue
Seattle, WA  98121

Mr. Bross may testify (possible witness) about the history and value of the Stanley bottle; PMI's marketing and sales efforts related to the Stanley bottle; his knowledge of the market for vacuum-insulated food and beverage containers, including the market for vacuum-insulated steel food and beverage containers; his interactions with representatives of retail outlets regarding the Stanley bottle and Work Series bottle; the impact of Thermos's infringement on PMI; and the matters discussed at his deposition as a 30(b)(6) designee for PMI.

Marc Platt
c/o Pacific Market International
2125 Western Avenue
Seattle, WA  98121

Mr. Platt may testify (possible witness) about PMI's acquisition of the rights to the Stanley bottle, including the right to its trade dress, and the matters discussed at his deposition as a 30(b)(6) designee for PMI.

Michael Donnelly
c/o Aladdin-Pacific Market International
5300 Maryland Way, Suite 103
Brentwood, TN  37029

Mr. Donnelly may testify (possible witness) about the history and value of the Stanley bottle; his knowledge of the market for vacuum-insulated food and beverage containers, including the market for vacuum-insulated steel food and beverage containers; PMI's sales and marketing efforts related to the Stanley bottle; his interactions with representatives of retail outlets regarding the Stanley bottle and Work Series bottle; the impact of Thermos's infringement on PMI; and the matters discussed at his deposition as a 30(b)(6) designee for PMI.

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

William Sims
c/o Aladdin-Pacific Market International
5300 Maryland Way, Suite 103
Brentwood, TN  37029

Mr. Sims may testify (possible witness) about the history and value of the Stanley bottle; the design of the Stanley bottle; the functional and non-functional elements of the Stanley bottle, both historical and present; the method of manufacture of the Stanley bottle, both historical and present; any changes made to the Stanley bottle after 1984; changes made to the Stanley bottle and its method of manufacture after its acquisition by PMI; and the matters discussed at his deposition as a 30(b)(6) designee for PMI.

Tami Fujii
c/o Pacific Market International
2125 Western Avenue
Seattle, WA  98121

Ms. Fujii may testify (possible witness) about the history and value of the Stanley bottle; her knowledge of the market for vacuum-insulated food and beverage containers, including the market for vacuum-insulated steel food and beverage containers; PMI's marketing and sales efforts related to the Stanley bottle; her knowledge of Aladdin Industries, L.L.C.'s marketing and sales efforts related to the Stanley bottle; the impact of Thermos's infringement on PMI; and the matters discussed at her deposition.

Vivian Vergatos
c/o Aladdin-Pacific Market International
5300 Maryland Way, Suite 103
Brentwood, TN  37029

Ms. Vergatos may testify (possible witness) about consumer telephone calls received by PMI regarding Thermos's products, and the matters discussed at her deposition as a 30(b)(6) designee for PMI.

AMENDED PRETRIAL ORDER– 16
CV03-1261 JLR

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Belinda Steele
c/o Aladdin-Pacific Market International
5300 Maryland Way, Suite 103
Brentwood, TN  37029

Ms. Steele may testify (possible witness) about consumer telephone calls received by PMI regarding Thermos's products.

Fred Meyer
c/o Aladdin Industries, L.L.C.
2121 San Jacinto Street, Suite 800, LB5
Dallas, TX  75201

Mr. Meyer may testify (possible witness) about the history and value of the Stanley bottle; his knowledge of the market for vacuum-insulated food and beverage containers, including the market for vacuum-insulated steel food and beverage containers; Aladdin Industries, L.L.C.'s marketing and sales efforts related to the Stanley bottle; the ownership of the rights to the Stanley bottle, including the Stanley Trade Dress by Aladdin Industries, L.L.C.; the sale of the rights to the Stanley bottle, including the Stanley Trade Dress to PMI; and the matters discussed at his deposition.

Jack Anderson
Hornall Anderson Design Works
1008 Western Avenue, Suite 600
Seattle, WA  98104

Mr. Anderson may testify (possible witness) about the look and feel of the Stanley bottle and its packaging, as well as any other matters discussed at his deposition.

Christopher Doyle
Doyle Public Relations
609 Garden Park Drive
Roseville, CA  95678

Mr. Doyle may testify (possible witness) about the public recognition of the appearance of the Stanley bottles.  Alternatively, Mr. Doyle may testify about the same subject via the video of the 30(b)(6) deposition of Doyle Public Relations for which he served as its designee.

Any witness identified by Thermos.

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

(b)     On behalf of Defendant:

Michael Joss
444 N. Wells Street
Chicago, IL  60610

Mr. Joss will testify as to the design and development of the Work Series bottle and the

matters discussed in his deposition.  Alternatively, Mr. Joss will testify via his deposition.

Scott Borto
3161 Anton
Aurora, IL

Mr. Borto may testify (possible witness) as to the design and development of the Work

Series bottle, and the matters discussed in his deposition.  Alternatively, Mr. Borto may testify

(possible witness) via his deposition.

Diane Meister
c/o Meridan Associates
One East Erie Street, Suite 240
Chicago, IL  60622-2737

Ms. Meister may testify (possible witness) concerning research performed by her on

behalf of Thermos, and the matters discussed in her deposition.  Alternatively, Ms. Meister

may testify (possible witness) via her deposition.

Eddie Murakami
Thermos L.L.C.
2550 West Golf Road, Suite 800
        Rolling Meadows, IL  60008

Mr. Murakami will testify concerning the design and development of the Work Series

bottle, the methods used to manufacture Thermos® bottles, and the matters discussed  in his

depositions.

John Lanman
2607 Gleneagles Drive
Naperville, IL  60565

Mr. Lanman may testify (possible witness) concerning the design, development,

marketing and sale of the Work Series bottle; the insulated bottle industry and market; historical

insulated bottle designs; and the matters discussed in his deposition.  Alternatively, Mr. Lanman

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

may testify (possible witness) via his deposition.

> Lee Landan
> 1415 W. 22nd Street
> Oak Brook, IL  60523

Mr. Landan may testify (possible witness) as to the research and studies performed by him on behalf of Thermos, and the matters discussed in his deposition.  Alternatively, Mr. Landan may testify (possible witness) via his deposition.

> Mark Finstein
> 1495 Falcon Lane
> Hoffman Estates, IL  60192

Mr. Finstein may testify (possible witness) as to the design, development and sale of the Work Series bottle.  Alternatively, Mr. Finstein may testify (possible witness) via his deposition.

> Anthony Seitz
> Thermos, LLC
> 2550 West Golf Road, Suite 800
> Rolling Meadows, IL  60008

Mr. Seitz will testify as to the design, development, marketing and sale of the Work Series bottle; the methods used to manufacture Thermos® bottles; the functionality of certain features of the Work Series bottle; the insulated bottle industry and market; historical insulated bottle designs; and the matters discussed in his depositions.

> Francisco J. Muci
> 550 S. Whitehall Drive
> Palatine, IL  60007

Mr. Muci may testify (possible witness) concerning an encounter with Robert Harris at the 2003 housewares show.  Alternatively, Mr. Muci may testify (possible witness) via his deposition.

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Robert Wagner
Thermos L.L.C.
2550 West Golf Road, Suite 800
Rolling Meadows, IL  60008

Mr. Wagner may testify (possible witness) concerning the insulated bottle industry and market, the performance of the parties within that market, the Thermos® trademark, and historical insulated bottle designs.

John Bergeron
4003 Neuse Court
Greensboro, NC  27407

Mr. Bergeron may testify (possible witness) via his deposition about the matters discussed in his deposition, including the insulated bottle industry and market, historical insulated bottle designs, and the design and development of the Work Series bottle.

Ken Brons
Thermos L.L.C.
2550 West Golf Road, Suite 800
Rolling Meadows, IL  60008

Mr. Brons may testify (possible witness) concerning Thermos's cost accounting system; sales, costs and profits related to the Work Series bottle; and the matters discussed in his deposition.  Alternatively, Mr. Brons may testify (possible witness) via his deposition.

Michael Bross
Senior Vice President
Pacific Market, Inc.
2125 Western Avenue
Seattle, WA 98121

Mr. Bross may testify (possible witness) about the insulated bottle industry and marketing and sales of the Stanley bottle.  Alternatively, Mr. Bross  may testify (possible witness) via his deposition.

Jeffrey Buntin
The Buntin Group
1001 Hawkins Street
Nashville, TN  3702

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Mr. Buntin may testify (possible witness) via his deposition.

> Christopher Doyle
> Doyle Public Relations
> 609 Garden Park Drive
> Roseville, CA  95678

Mr. Doyle may testify (possible witness) via his deposition.

> Michael Donnelly
> Aladdin-Pacific Market International
> 5300 Maryland Way, Suite 103
> Brentwood, TN  37029

Mr. Donnelly may testify (possible witness) about the insulated bottle industry and marketing and sales of the Stanley bottle.  Alternatively, Mr. Donnelly may testify (possible witness) via his deposition.

> Tami Fujii
> Pacific Market, Inc.
> 2125 Western Avenue
> Seattle, WA  98121

Ms. Fujii may testify (possible witness) about the insulated bottle industry and marketing and sales of the Stanley bottle.  Alternatively, Ms. Fujii may testify (possible witness) via her deposition.

> Wendy Lane
> Lane Marketing
> 905 SW 16th
> Portland, OR  97205

Ms. Lane may testify (possible witness) via her deposition.

> Marc Platt
> Pacific Market, Inc.
> 2125 Western Avenue
> Seattle, WA  98121

Mr. Platt may testify (possible witness) about the acquisition of the Stanley line of products from Aladdin Industries and the matters discussed in his deposition.  Alternatively, Mr. Platt may testify (possible witness) via his deposition.

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

William Sims
c/o Aladdin-Pacific Market International
5300 Maryland Way, Suite 103
Brentwood, TN  37029

Mr. Sims may testify (possible witness) via his deposition.

Vivian Vergatos
c/o Aladdin-Pacific Market International
5300 Maryland Way, Suite 103
Brentwood, TN  37029

Ms. Vergatos may testify (possible witness) via deposition.

Jack Anderson
Hornall Anderson Design Works
1008 Western Avenue, Suite 600
Seattle, WA  98104

Mr. Anderson may testify (possible witness) about the matters discussed in his deposition.

Rick Dias
Vice President, Marketing
Thermos L.L.C.
2550 West Golf Road, Suite 800
Rolling Meadows, IL  60008

Mr. Dias may testify (possible witness) about the marketing and sales of the Work Series bottle and the insulated bottle market.

Greg Andress
2215 Oakwood Road
Franklin, TN  37064

Mr. Andress may testify (possible witness) about Aladdin's marketing and sales of the Stanley bottle, the history of the Stanley bottle, and his knowledge of the insulated bottle industry and market.

John Golden
Customer Service Manager
Thermos L.L.C.
355 Thermos Road
Batesville, MS  38606

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Mr. Golden may testify (possible witness) about the types of calls received by Thermos customer service that were referenced in the deposition of Tony Seitz as Thermos's 30(b)(6) designee.

Kay Bivins
Customer Service Representative
Thermos L.L.C.
355 Thermos Road
Batesville, MS  38606

Ms. Bivens may testify (possible witness) about the types of calls received by Thermos customer service that were referenced in the deposition of Tony Seitz as Thermos's 30(b)(6) designee.

Brian Shea
Chief Financial Officer
Pacific Market, Inc.
Seattle,  WA

Mr. Shea may testify (possible witness) about PMI's cost accounting system and sales, costs and profits relating to the Stanley bottle.

Any witness identified by PMI.

## EXHIBITS LIST

The parties have attached lists indicating their stipulations or objections to the authenticity and/or admissibility of the exhibits offered by the opposing party.[1]

**Plaintiffs' Exhibits**:

| | |
|---|---|
| 1 | Withdrawn |
| 2 | A representative sample of Thermos's Work Series beverage bottle |
| 3 | Withdrawn |
| 4 | A representative sample of the packaging of Thermos's Work Series beverage bottle |

---

[1] The parties acknowledge that there are duplicative items contained in Plaintiffs' and Defendant's exhibit lists. The parties commit to work together in an effort to eliminate duplicative items prior to trial, to the extent possible.

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| 5 | Representative samples of the Stanley Tall Classic bottle from 1920 to 2002, which were produced by Aladdin Industries, L.L.C. on July 15, 2004, at its 30(b)(6) deposition pursuant to a Subpoena Duces Tecum issued by Thermos, marked as "Meyer Exhibits" |

5A - Meyer Exhibit 1055

5B - Meyer Exhibit 1056

5C - Meyer Exhibit 1057

5D - Meyer Exhibit 1058

5E - Meyer Exhibit 1059

5F - Meyer Exhibit 1060

5G - Meyer Exhibit 1061

5H - Meyer Exhibit 1062

5I - Meyer Exhibit 1063

| | |
|---|---|
| 6 | A representative sample of the Stanley Classic Tall bottle |
| 7 | Withdrawn |
| 8 | The Thermos Rock bottle and its packaging submitted to the Court with PMI's Opposition to Thermos' Motion for Summary Judgment |
| 9 | A representative sample of Thermos's "Stainless Steel Bottle" model number 2570 |
| 10 | A representative sample of the packaging of Thermos's "Stainless Steel Bottle" model number 2570 |
| 11 | Representative samples of the packaging of the Stanley bottle, including those submitted to the Court with PMI's Opposition to Thermos' Motion for Summary Judgment. |

11A - Green Stanley Tall Classic Packaging

11B - Orange Stanley Tall Classic Packaging

Withdrawn

| | |
|---|---|
| 12 | The 1953 Stanley bottle submitted to the Court PMI's Opposition to Thermos' Motion for Summary Judgment |
| 13 | The 1982 Stanley bottle submitted to the Court with PMI's Opposition to Thermos' Motion for Summary Judgment |
| 14 | Photograph of Stanley bottles from 1953 to present submitted to the Court with PMI's Opposition to Thermos' Motion for Summary Judgment |
| 15 | Photograph of Stanley bottles and Thermos Work Series bottles outside of their packaging on store shelves |
| 16 | The Asset Purchase Agreement between Aladdin Industries and PMI |
| 17 | The Second Amended Asset Purchase Agreement between Aladdin Industries and PMI |
| 18 | The Restated Bill of Sale to the Asset Purchase Agreement between Aladdin Industries and PMI |

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | | |
|---|---|---|
| 19 | The historical Stanley bottle advertising submitted as <u>Exhibit 8</u> to the Declaration of Shannon McMinimee in Support of PMI's Opposition to Defendant's Motion for Summary Judgment, which was produced by Aladdin Industries, L.L.C. on July, 15, 2004, at its 30(b)(6) deposition pursuant to a Subpoena Duces Tecum issued by Thermos | |
| 20 | <u>Exhibit 1</u> to the Declaration of Tami Fujii in Support of PMI's Opposition to Defendant's Motion for Summary Judgment | |
| 21 | Meister Deposition Exhibit No. 2 – Steel VacuumWare – Thermos "SKIL" Branding Assessment (dated July 1996) | |
| 22 | Meister Deposition Exhibit No. 3 – Positioning the Thermos Vacuum Container Line (dated March 17, 1996) | |
| 23 | Meister Deposition Exhibit No. 4 – Category Competition | |
| 24 | Meister Deposition Exhibit No. 5 – Long Term Positioning/Bus. Strategy Handwritten Notes (dated March 20, 1996) | |
| 25 | Meister Deposition Exhibit No. 6 – Meridian Associates, Inc. Proposal Outline: Vacuumware Long-Term Market Positioning Strategy Development for The Thermos Company (dated March 21, 1996) | |
| 26 | Meister Deposition Exhibit No. 7 – Conclusions (dated May 14, 2004) | |
| 27 | Joss Deposition Exhibit No. 10 – Handwritten Document with Attachment | |
| 28 | Joss Deposition Exhibit No. 11 – Memo to John Van Akkern of Joss Design regarding Thermos Bottle Samples (dated February 22, 2001) | |
| 29 | Joss Deposition Exhibit No. 12 – "Stanley Killer" Vacuum Insulated Quart Bottle Product Design Program by Joss Design (dated June 6, 2001) | |
| 30 | Joss Deposition Exhibit No. 13 – "Thermos Stanley Killer Phase 1" (dated July 10, 2001) | |
| 31 | Joss Deposition Exhibit No. 14 – Color Drawings | |
| 32 | Joss Deposition Exhibit No. 15 – Email from Tony Seitz to Kevin S (dated July 12, 2001) | |
| 33 | Joss Deposition Exhibit No. 16 – Email from Tony Seitz to Shouji Toida (dated July 25, 2001) | |
| 34 | Joss Deposition Exhibit No. 17 – Fax Transmittal from Kevin Short to Tony Seitz (dated July 23, 2001) | |
| 35 | Joss Deposition Exhibit No. 18 – Email from Eddie Murakami to Kevin S (dated August 17, 2001) | |
| 36 | Joss Deposition Exhibit No. 19 – Fax Transmittal from Tony Seitz to Thermos (dated August 20, 2001) | |
| 37 | Joss Deposition Exhibit No. 20 – Reduced Drawings | |
| 38 | Joss Deposition Exhibit No. 21 – Blueprint | |
| 39 | Joss Deposition Exhibit No. 22 – Blueprint | |

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

40    Withdrawn

2

41    Withdrawn

3     42    Withdrawn

43    Withdrawn

4     44    Withdrawn

5     45    Withdrawn

46    Withdrawn

6     47    Withdrawn

7     48    Withdrawn

49    Withdrawn

8

50    Borto Deposition Exhibit No. 34 – Email from John Lanman to Shouji Toida (dated

9           January 10, 2001)

10    51    Borto Deposition Exhibit No. 35 – Stanley Attack Plan Recommendation (dated
            January 10, 2001)

11    52    Withdrawn

12    53    Borto Deposition Exhibit No. 37 – Handwritten Notes (dated February 13, 2001)

54    Borto Deposition Exhibit No. 38 – Thermos USA VW New Product Development

13    55    Borto Deposition Exhibit No. 39 – Meridian Associates Steel Vacuumware – Thermos

14          "Skil" Branding Assessment (dated July 1996)

56    Borto Deposition Exhibit No. 40 – The Thermos Company New Product Development

15          (dated March 21, 2001)

16    57    Borto Deposition Exhibit No. 41 – Stanley Killer Research Project

17    58    Borto Deposition Exhibit No. 42 – Email from Tony Seitz to Kevin S (dated July 12,
            2001)

18    59    Borto Deposition Exhibit No. 43 – Fax from Tony Seitz to John Van Akkren (dated
            July 23, 2001)

19    60    Borto Deposition Exhibit No. 44 – Memo from J. Lanman to S. Toida, et al. (dated July

20          18, 2001)

21    61    Borto Deposition Exhibit No. 45 – Email from Tony Seitz to Shouji Toida, et al (dated
            July 25, 2001)

22    62    Borto Deposition Exhibit No. 46 – The Landan Group presentation "Thermos

23          Vacuumware "Stanley Killer" Quart Bottle Consumer Research Exploratory Final
            Report (dated August 20, 2001)

24    63    Withdrawn

25

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

64   Borto Deposition Exhibit No. 48 – Memo from J. Lanman to S. Toida, et al. (dated September 19, 2001)

65   Borto Deposition Exhibit No. 49 – Email from John Lanman to John Bergeron, et al. (dated October 25, 2001)

66   Borto Deposition Exhibit No. 50 – Handwritten notes

67   Borto Deposition Exhibit No. 51 – The Thermos Company New Project Expenditure Proposal Summary (dated October 9, 2001)

68   Borto Deposition Exhibit No. 52 – Handwritten notes (dated November 20, 2001)

69   Borto Deposition Exhibit No. 53 – Thermos Vacuumware Product Proposal Summary (dated December 3, 2001)

70   Borto Deposition Exhibit No. 54 – Email from Tim Smith to Mark Finstein (dated December 21, 2001)

71   Borto Deposition Exhibit No. 55 – Thermos New Product Development Meeting (dated January 25, 2002)

72   Borto Deposition Exhibit No. 56 – Email to Tony Seitz (dated January 26, 2002)

73   Borto Deposition Exhibit No. 57 – Email from Tony Seitz to John Lanman (dated March 5, 2002)

74   Borto Deposition Exhibit No. 58 – Email from John Bergeron to Tony Seitz

75   Borto Deposition Exhibit No. 59 – Letter from Tony Seitz and Scott Borto to All Thermos Sales Representatives (dated April 29, 2002)

76   Borto Deposition Exhibit No. 60 – Letter from Tony Seitz and Scott Borto to All Thermos Sales Representatives (dated August 1, 2002)

77   Landan Deposition Exhibit No. 62 – Handwritten Document (dated July 16, 2001)

78   Landan Deposition Exhibit No. 63 – The Landan Group Inc. Thermos Office Accessories New Product Concepts Exploratory (dated July 19, 2001)

79   Landan Deposition Exhibit No. 64 – Invoice from The Landan Group to Tony Seitz (dated July 27, 2001)

80   Landan Deposition Exhibit No. 65 – The Landan Group Thermos Vacuumware "Stanley Killer' Quart Bottle Consumer Research Exploratory Final Report (dated August 20, 2001)

81   Landan Deposition Exhibit No. 66 – Letter from Tony Seitz and Scott Borto to All Thermos Sales Representatives (dated April 29, 2002)

82   Landan Deposition Exhibit No. 67 – Thermos Brand Equity Study Final Presentation (dated July 29, 2002)

83   Lanman Deposition Exhibit No. 69 – Color Thermos Work Series Bottles brochures

84   Lanman Deposition Exhibit No. 70 – Memo from Craig Weeks to Mark Finstein, John Lanman, Lisa Osiecki (dated May 16, 1998)

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

85   Lanman Deposition Exhibit No. 71 – Memo from Craig Weeks to Doug Blair and Mark Finstein (dated May 28, 1998)

86   Lanman Deposition Exhibit No. 72 – Memo from M. Millies to Y. Satomi, et al. (dated February 5, 1999)

87   Lanman Deposition Exhibit No. 73 – Memo from John Lanman to John Bergeron (dated June 4, 1999)

88   Lanman Deposition Exhibit No. 74 – Emil from Shouji Toida to Mark Finstein (dated January 4, 2001)

89   Lanman Deposition Exhibit No. 75 – Email from John Lanman to Shouji Toida (dated January 14, 2001)

90   Lanman Deposition Exhibit No. 76 – Email from Mark Finstein to Shouji Toida (dated January 4, 2001)

91   Lanman Deposition Exhibit No. 77 – Email from T. Moroishi to Mark Finstein (dated February 28, 2001)

92   Lanman Deposition Exhibit No. 78 – Email from John Van Akkeren to John Lanman (dated April 4, 2004)

93   Lanman Deposition Exhibit No. 79 – Email from Tony Seitz to Moro (dated April 6, 2001)

94   Lanman Deposition Exhibit No. 80 – Thermos Vacuumware Product Development Brief (dated May 22, 2001)

95   Lanman Deposition Exhibit No. 81 – Memo from J. Lanman to S. Toida, et al. (dated May 18, 2001)

96   Lanman Deposition Exhibit No. 82 – Email from John Lanman to John Bergeron (dated February 13, 2002)

97   Lanman Deposition Exhibit No. 83 – Email from Tim Smith to John Bergeron (dated October 11, 2002)

98   Lanman Deposition Exhibit No. 84 – Thermos Product Development Summary (dated October 16, 2002)

99   Lanman Deposition Exhibit No. 85 – Email from John Adler to Josh Adler (dated October 23, 2002)

100   Finstein Deposition Exhibit No. 87 – Email from Mark Finstein to John Lanman (dated October 30, 2001)

101   Finstein Deposition Exhibit No. 88 – Mark's Promo Recommendations

102   Finstein Deposition Exhibit No. 89 – Email from Shouji Toida to John Bergeron (dated October 5, 2000)

103   Finstein Deposition Exhibit No. 90 – Email from Mark Finstein to T Moroishi (dated February 28, 201)

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

104   Finstein Deposition Exhibit No. 91 – Email from Frank McCosh to Mark Finstein, et al. (dated April 5, 2001)

105   Finstein Deposition Exhibit No. 92 – Email from Mark Finstein to Ken Potter (dated September 11, 2001)

106   Finstein Deposition Exhibit No. 93 – Handwritten notes

107   Finstein Deposition Exhibit No. 94 – Memo from Mark Finstein to John Bergeron (dated January 30, 2002)

108   Finstein Deposition Exhibit No. 95 – Ranger Work Bottle Sales Plan (dated February 2002)

109   Finstein Deposition Exhibit No. 96 – Letter from Mark to Mike Riehle (dated February 11, 2002)

110   Finstein Deposition Exhibit No. 97 – Email from Josh Adler to John Bergeron, et al (dated October 22, 2002)

111   Finstein Deposition Exhibit No. 98 – Email from Josh Adler to Josh Adler (dated October 23, 2002)

112   Seitz Deposition Exhibit No. 99 – Handwritten notes (dated January 31, 2001)

113   Seitz Deposition Exhibit No. 100 – Memo from Tony Seitz to John Van Akkern (dated February 22, 2001)

114   Seitz Deposition Exhibit No. 101 – Memo from J. Lanman to S. Toida, et al. (dated May 18, 2001)

115   Seitz Deposition Exhibit No. 102 – Thermos Catalog (1996 Vacuum Bottles)

116   Seitz Deposition Exhibit No. 103 – Thermos Vacuumware "Stanley Killer" Quart Bottle Consumer Research Exploratory (dated July 18, 2001)

117   Seitz Deposition Exhibit No. 104 – Email from John Lanman to Tony Seitz (dated August 23, 2001)

118   Withdrawn

119   Seitz Deposition Exhibit No. 106 – Thermos Work Bottle Teaser Campaign (Draft dated May 31, 2002)

120   Murakami Deposition Exhibit No. 107 – Email from John Lanman to Tony Seitz (dated August 23, 2001)

121   Murakami Deposition Exhibit No. 108 – Hand drawn sketches with attachments

122   Murakami Deposition Exhibit No. 109 – Stanley Killer Vacuum Bottle Concept Drawing Comment (September 24, 2001)

123   Murakami Deposition Exhibit No. 110 – Email written in Conji

124   Murakami Deposition Exhibit No. 111 – Letter from Masato Hirose to Eddie Murakami written on Conji (dated September 27, 2004)

125   Murakami Deposition Exhibit No. 112 – Aladdin Killer Bottle Price (TTM) ( dated September 28, 2001)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

126    Withdrawn

127    Murakami Deposition Exhibit No. 114 – Email from Eddie Murakami to Tony Seitz (dated October 3, 2001)

128    Murakami Deposition Exhibit No. 115 – The Thermos Company New Project Expenditure Proposal Summary (dated October 9, 2001)

129    Murakami Deposition Exhibit No. 116 – Email from Eddie Murakami to Tony Seitz (dated November 9, 2001)

130    Murakami Deposition Exhibit No. 117 – Email from Eddie Murakami to Tony Seitz (dated November 26, 2001)

131    Withdrawn

132    Murakami Deposition Exhibit No. 119 – Email from Eddie Murakami to Tony Seitz (dated May 31, 2002)

133    Withdrawn

134    Withdrawn

135    Murakami Deposition Exhibit No. 122 – Hand drawings

136    Murakami Deposition Exhibit No. 123 – Cost document

137    Murakami Deposition Exhibit No. 124 – Hand drawings

138    Murakami Deposition Exhibit No. 125 – Email from Eddie Murakami to Kevin (dated August 17, 2001)

139    Murakami Deposition Exhibit No. 126 – 1997 Thermos Vacuumware Catalog

140    Murakami Deposition Exhibit No. 127 – 1998 Thermos Vacuumware Catalog

141    Murakami Deposition Exhibit No. 128 – Thermos Vacuum & Insulated Containers Catalog

142    Murakami Deposition Exhibit No. 129 – Thermos 2004 Catalog

143    Murakami Deposition Exhibit No. 130 – Thermos Nissan 2004 Catalog

144    The Expert Report of Cooper Woodring

145    The vacuum insulated bottles depicted in the Expert Report of Cooper Woodring (PMI Exhibits 2,6, 13) and:

145A - Thermos 2570
145B - Thermos 2330
145C - Thermos 2410
145D - Thermos NCB18L
145E - Thermos 2340
145F - Thermos 2310L
145G - Thermos 2510R
145H - Thermos 2590

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

145I - Thermos 60/100

145J - Thermos 3410

145K - Thermos 3610BLW4

145L - Thermos 7021W

145M - Thermos 60-100

145N - Thermos Nissan FBC1300L

145O - Thermos Nissan NCD-106MO

145P - Thermos Nissan NCD-10

145Q - Megatrade Mega MAXX

145R - Ethel miGo

145S - Pacific Cornetta MC-3103

145T - Pacific Cornetta MC-3131

146   Woodring Expert Report Exhibit No. 1 – The Industrial Designers Society of America's Definition of Industrial Design

147   Woodring Expert Report Exhibit No. 2 – Woodring's Curriculum Vitae

148   Woodring Expert Report Exhibit No. 3 – Woodring's Testimony During Deposition or at Trial During the Past Four Years

149   Woodring Expert Report Exhibit No. 4 – A Photograph of the Stanley Classic Tall Bottle

150   Withdrawn

151   Woodring Expert Report Exhibit No. 6 – A Photograph of the Thermos Work Series 2520 (Tall Bottle)

152   Withdrawn

153   Woodring Expert Report Exhibit No. 8 – A Grid Showing the 36 Comparisons Between a Stanley Design Element or Combination of Elements and an Individual Factor to be Considered in Determining Functionality

154   Woodring Expert Report Exhibit No. 9 – A Photograph of the Stanley Classic Tall Bottle with Each Element of its Trade Dress Identified

155   Woodring Expert Report Exhibit No. 10 – A Photograph of Four Alternate Designs to Stanley's "A base of constant diameter substantially throughout its length"

156   Woodring Expert Report Exhibit No. 11 – A Photograph of the Thermos 2590 Blow Molded Vacuum Bottle

157   Woodring Expert Report Exhibit No. 12 – A Photograph of William Stanley's First "Stanley Vacuum Bottle" from American Style

158   Woodring Expert Report Exhibit No. 13 – A Photograph of a 22 Year Old Stanley Classic Tall Bottle

159   Woodring Expert Report Exhibit No. 14 – A Photograph of Four Alternate Designs to Stanley's "A body bearing a crinkled finish with a solid color"

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

160    Woodring Expert Report Exhibit No. 15 – A Photograph of the Thermos 2570, the Thermos Work Series and Stanley's Classic Comparing the Gloss and Texture of the Crinkled or Hammertone Finish

161    Woodring Expert Report Exhibit No. 16 – A Photograph of Four Alternate Designs to Stanley's "A top or cap with a color that contrasts with the color of the body"

162    Woodring Expert Report Exhibit No. 17 – A Photograph of Four Alternate Designs to Stanley's "A top or cap and a band at the base of the body bearing the appearance of a stainless steel finish"

163    Woodring Expert Report Exhibit No. 18 – A Photograph of Four Alternate Designs to Stanley's "A band at the base of the body bearing the appearance of a stainless steel finish"

164    Woodring Expert Report Exhibit No. 19 – A Photograph of Four Alternate Designs to Stanley's "A tapered or torpedo-like overall look and appearance from bottom to top generated from the top or cap being a diameter that is less than the body"

165    Woodring Expert Report Exhibit No. 20 – A Photograph of the Thermos 60-100 Vacuum Bottle

166    Woodring Expert Report Exhibit No. 21 – A Photograph of the Thermos 2590 Vacuum Bottle

167    Woodring Expert Report Exhibit No. 22 – A Photograph of Four Alternate Designs to Stanley's "A band at the base of the top or cap with a color that substantially matches the color of the body"

168    Woodring Expert Report Exhibit No. 23 – A Photograph of Four Alternate Designs to Stanley's "A base of constant diameter substantially throughout its length, A body bearing a crinkled finish with a solid color, and A top or cap with a color that contrasts with the color of the body"

169    Woodring Expert Report Exhibit No. 24 – A Photograph of Four Alternate Designs to Stanley's "A base of constant diameter substantially throughout its length, A body bearing a crinkled finish with a solid color, and A top or cap and a band at the base of the body bearing the appearance of a stainless steel finish"

170    Woodring Expert Report Exhibit No. 25 – A Photograph of Four Alternate Designs to Stanley's "A base of constant diameter substantially throughout it length, A body bearing a crinkled finish with a solid color, and A band at the base of the body bearing the appearance of a stainless steel finish"

171    Woodring Expert Report Exhibit No. 26 – A Photograph of Four Alternate Designs to Stanley's "A base of constant diameter substantially throughout its length, A body bearing a crinkled finish with a solid color, and A tapered or torpedo-like overall look and appearance from bottom to top generated from the top or cap being a diameter that is less than the body"

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

172   Woodring Expert Report Exhibit No. 27 – A Photograph of Four Alternate Designs to Stanley's "A base of constant diameter substantially throughout its length, A body bearing a crinkled finish with a solid color, and A band at the base of the top or cap with a color that substantially matches the color of the body"

173   Woodring Expert Report Exhibit No. 28 – A Photograph of a 22 Year Old Stanley Classic with its Handle Accessory Compared to the Thermos Work Series 2520 Tall Bottle

174   Woodring Expert Report Exhibit No. 29 – A Photograph of a Stanley "Gimbal Vacuum Bottle" Design

175   Woodring Expert Report Exhibit No. 30 – A Grid of the Volumes and Surface Areas of a Sphere and Their Ratios

176   Woodring Expert Report Exhibit No. 31 – A New Design for a Vacuum Bottle Based on a Spherical Shape

177   The Expert Report of James Hebert

178   Hebert Expert Report Appendix A - Resumé

179   Hebert Expert Report Appendix B – Survey Questionnaire

180   The Expert Rebuttal Report of James Hebert

181   The Expert Report of Philip Johnson

182   The surveys upon which Mr. Johnson based his report

183   All documents produced by Mr. Johnson at his deposition pursuant to the subpoena duces tecum issued to him, numbered LJS 0001-108

184   The Expert Report of Richard Troxel

185   Troxel Expert Report Exhibit A – Resumé

186   Troxel Expert Report Exhibit B – Testimony of Richard B. Troxel During the Past Four Years

187   Troxel Expert Report Exhibit C – Sales of Thermos Models 2345 and 2520 Bottles

188   Troxel Expert Report Exhibit D – PMI Lost Profits from Lost Sales

189   Troxel Expert Report Exhibit D-1 – Expected Profitability of Stanley Classic Product

190   Troxel Expert Report Exhibit D-2 – Target-Aladdin Retail Sales in 2000, 2001 and 2002 Fall Programs

191   Troxel Expert Report Exhibit E – PMI Lost Profits from Reduced Prices

192   Documents Considered by Troxel – Press Announcement of PMI Acquisition of Aladdin (dated December 20, 2001)

193   Documents Considered by Troxel – "Thermal bottle is one smart invention," Washington Times (dated March 16, 2003)

194   Documents Considered by Troxel – "PMI Updates Stanley Bottle," Homeworld Business (dated May 25, 2003)

195   Documents Considered by Troxel – Stanley Quart Unit and $ Sales (1998-2003)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

196   Documents Considered by Troxel – Customer Purchases of the Stanley Blue Sport Bottle by Units by $ by Month (dated June 24, 1999)

197   Documents Considered by Troxel – Stanley Blue Sport Bottle (2002)

198   Documents Considered by Troxel – Target Retail Units Sales Fall 2003 vs. Fall 2001 and 2000

199   Documents Considered by Troxel – Target-Aladdin Listing and Point of Sales Review (dated December 2, 2002)

200   Documents Considered by Troxel – E-mail from Linda Schultz re Proposed Target Program (dated December 4, 2002)

201   Documents Considered by Troxel – E-mail from Mike Donnelly re Target Sporting Goods Meeting-November 19th (dated November 20, 2002)

202   Documents Considered by Troxel – E-mail from Mike Donnelly re Aladdin/Target Weekly Reports (dated November 13, 2002)

203   Documents Considered by Troxel – Target-Aladdin Listing and Point of Sales Review (dated November 13, 2002)

204   Documents Considered by Troxel – E-mail from Mike Donnelly re Target - POS YTD and History (dated November 1, 2002)

205   Documents Considered by Troxel – Target-Aladdin Listing and Point of Sales Review (dated October 30, 2002)

206   Documents Considered by Troxel – E-mail from Linda Schultz re Thermos Work Bottle (dated October 28, 2002)

207   Documents Considered by Troxel – E-mail from Linda Schultz re Target/Aladdin Performance (dated October 22, 2002)

208   Documents Considered by Troxel – Target-Aladdin Sales By Region (dated October 21, 2002)

209   Documents Considered by Troxel – Thermos from Mike Donnelly re Thermos Update (dated October 9, 2002)

210   Documents Considered by Troxel – E-mail from Marc Platt re Stanley Fall 2002 Bottle Strategy and Program (dated October 1, 2002)

211   Documents Considered by Troxel – Proposed Stanley Rebate Program for November to January 2003 Purchases (dated December 16, 2003)

212   Documents Considered by Troxel – E-mail from Mike Bross re New Thermos Product (dated October 1, 2002)

213   Documents Considered by Troxel – E-mail from Linda Schultz re New Thermos Product (dated September 25, 2002)

214   Documents Considered by Troxel – E-mail from Marc Platt re New Thermos Product (dated September 26, 2002)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

215   Documents Considered by Troxel – E-mail from Mike Donnelly re Steel Bottle Pricing (dated September 10, 2002)

216   Documents Considered by Troxel – Steel Bottle Review (dated September 10, 2002)

217   Documents Considered by Troxel – E-mail from Mike Donnelly re Kmart Meeting - September 5th (dated September 6, 2002)

218   Documents Considered by Troxel – Target-Pricing Review (dated June 5, 2003)

219   Documents Considered by Troxel – Stanley vs. Thermos

220   Documents Considered by Troxel – Thermos 1.25 Quart

221   Withdrawn

222   Documents Considered by Troxel – Aladdin 2003 Price List (dated December 16, 2003)

223   Documents Considered by Troxel – Stanley Master File-List-Volume-Distributor Pricing (dated June 1, 2001)

224   Documents Considered by Troxel – Aladdin 2002 Price List

225   Documents Considered by Troxel – Stanley Product Descriptions

226   Documents Considered by Troxel – E-mail from Mike Donnelly re Target Meeting - January 27, 2004 (dated January 27, 2004)

227   Documents Considered by Troxel – E-mail from Mike Bross re Stanley Trade Research (dated August 5, 2003)

228   Documents Considered by Troxel – E-mail from Tami Fujii to Rob Harris (dated January 28, 2004)

229   Documents Considered by Troxel – E-mail from T.H. Chang to Rob Harris (dated January 17, 2003)

230   Documents Considered by Troxel – E-mail from Linda Schultz re Target Meeting - January 27, 2004 (dated January 27, 2004)

231   Documents Considered by Troxel – E-mail from Mike Donnelly re Proposed Target Program (dated December 4, 2002)

232   Documents Considered by Troxel – E-mail from Mike Donnelly re Pamida Meetings (dated September 26, 2002)

233   Documents Considered by Troxel – Steel Bottle Review (dated September 10, 2002)

234   Documents Considered by Troxel – Product Category

235   Documents Considered by Troxel – 2004 Strategic Planning Process

236   Documents Considered by Troxel – Pacific Market International Brand Equity Research

237   Documents Considered by Troxel – Stanley Bottles

238   Documents Considered by Troxel – Target-Aladdin Listing and Point of Sales Review (dated January 26, 2004)

239   Documents Considered by Troxel – Invoice Detail Listings

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

240   Documents Considered by Troxel – E-mail from Marc Platt re Stanley Fall 2002 Bottle Strategy and Program (dated October 1, 2002)

241   Documents Considered by Troxel – Proposed Stanley Rebate Program for November to January 2003 Purchases (dated January 1, 2003)

242   Documents Considered by Troxel – YTD Pos Sales Kmart Target

243   Documents Considered by Troxel – P&L Actual (2003–May 31, 2004)

244   Documents Considered by Troxel – CD with various spreadsheets

245   Documents Considered by Troxel – Company Objectives (dated July 1, 2004)

246   Documents Considered by Troxel – Stanley Quart Unit and $ Sales (1997-2003)

247   Withdrawn

248   Withdrawn

249   Documents Considered by Troxel – 1 Qt. Stanley Sales (1997-1998)

250   Documents Considered by Troxel – Stanley Bottle Qt. And Wide Mouth UNIT Sales (2000)

251   Documents Considered by Troxel – Sales Data (2001)

252   Withdrawn

253   Withdrawn

254   Documents Considered by Troxel – Aladdin 2002 Price List (dated July 3, 2004)

255   Documents Considered by Troxel – Stanley Master File-List-Volume-Distributor Pricing (dated June 1, 2001)

256   Documents Considered by Troxel – Aladdin 2003 Price List

257   Documents Considered by Troxel – Target-Aladdin Listing and Point of Sales Review (dated November 13, 2002)

258   Documents Considered by Troxel – 2002 Gross Sales $

259   Documents Considered by Troxel – Stanley Classic Bottle  Units Sold (2001-May, 2002)

260   Documents Considered by Troxel – Target Retail Units Sales Fall 2002 vs. Fall 2001 and 2000

261   Documents Considered by Troxel – Target-Aladdin Listing and Point of Sales Review (dated December 2, 2002)

262   Documents Considered by Troxel – Stanley Account List, Sorted By Sales in Descending Order (dated February 16, 2004)

263   Documents Considered by Troxel – Recap of Sales by Customer (June 2002-May, 2004)

264   Documents Considered by Troxel – Target - Pricing Review (dated June 5, 2003)

265   Documents Considered by Troxel – Thermos Work Bottle Was In Target Sept. of 2002

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

266   Documents Considered by Troxel – Target-Aladdin Listing and Point of Sales Review (dated December 2, 2002)

267   Documents Considered by Troxel – CD with various spreadsheets

268   Withdrawn

269   Documents Considered by Troxel – 2001 Stanley QT Average Price per Customer (dated July 16, 2004)

270   Documents Considered by Troxel – 2002 $ Periods 1-5

271   Documents Considered by Troxel – 2002 June to Dec $

272   Documents Considered by Troxel – 2002 Qty. Stanley Bottles June to Dec

273   Documents Considered by Troxel – Stanley Quart Unit and $ Sales

274   Withdrawn

275   Documents Considered by Troxel – Description of Abbreviations

276   Documents Considered by Troxel – Average Stanley 1.1 Qt, 24 oz. Wide Mouth and 2 Qt. Bottle Cost of Sales

277   Documents Considered by Troxel – Stanley 2 Qt Classic Bottle Sales in Units and $

278   Documents Considered by Troxel – Thermos Work Series Launch Packet (dated May 1, 2002)

279   Documents Considered by Troxel – Thermos Vacuumware Product Development Brief (dated May 22, 2001)

280   Documents Considered by Troxel – Stanley Killer Research Project

281   Documents Considered by Troxel – Rationale Work Series Bottle

282   Documents Considered by Troxel – Sales/COGS Results Detail

283   Documents Considered by Troxel – Sales by Product-Current/Prior Years (2002-2003)

284   Documents Considered by Troxel – Thermos Closed Orders by Product Categories Report

285   Documents Considered by Troxel – 2520 and 2345 Sales, Costs, Profits and Inventories

286   Documents Considered by Troxel – E-mail on Standards for 2520 and 2345 (dated August 12, 2003)

287   Documents Considered by Troxel – Invoice detail for 2345 and 2345T2 (2002-2003)

288   Documents Considered by Troxel – USD Top Line P&L (July, 2004)

289   Documents Considered by Troxel – Thermos LLC Profit & Loss Statements (August, 2002-June, 2003)

290   Documents Considered by Troxel – Transaction data

291   Documents Considered by Troxel – Annual budget (2004)

292   Documents Considered by Troxel – Invoice detail for 2520, 2520CAS, 2520K4 and 2520T2 (2002-2003)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

293   Documents Considered by Troxel – Invoice detail for 2345 and 2345T2 (2003)

294   Documents Considered by Troxel – Sales thru 4/30/03 (handwritten) (dated April 30, 2003)

295   Documents Considered by Troxel – All Inventories Value Report (dated July 1, 2003)

296   Documents Considered by Troxel – E-mail on Month End On-Hand Balances (dated August 12, 2003)

297   Troxel Expert Report Appendix 1 – Stanley 1-Quart, 2-Quart and Wide Mouth Bottle Sales

298   The Rebuttal Report of Richard Troxel

299   Withdrawn

300   Withdrawn

301   Withdrawn

302   John Bergeron deposition exhibits 8, 9, 10, 12, 14, 15, 16, 19, 20, 22, 23, 25, 27, 28, 29

303   Withdrawn

304   Withdrawn

305   Withdrawn

306   Withdrawn

307   Withdrawn

308   308A Exhibit 500 to the 30(b)(6) Deposition of Thermos (Second Amended Notice of Deposition of Thermos LLC Pursuant to FRCP 30(b)(6));
      308B Exhibit 515 to the 30(b)(6) Deposition of Thermos (Stanley bottle produced by Anthony Seitz)

309   Withdrawn

310   Withdrawn

311   Withdrawn

312   Withdrawn

313   Withdrawn

314   Withdrawn

315   Withdrawn

316   Withdrawn

317   Withdrawn

318   Thermos's Answers to PMI's First Set of Interrogatories

319   Thermos's Answers to PMI's Second Set of Interrogatories

320   Thermos's Responses to PMI's First Set of Requests for Production of Documents and Things

321   Thermos's Responses to PMI's Second Set of Requests for Production of Documents and Things

322   Thermos's Responses to PMI's Third Set of Requests for Production of Documents and Things

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

323   Thermos's Responses to PMI's First Set of Requests for Admission

324   Any documents or things designated as exhibits by Thermos

**Defendant's Exhibits:**

A-1   Buntin Marketing Services' survey entitled "Aladdin Industries, Inc., Stanley Steel Vacuum Bottle Blue-Collar Workforce Study Topline Report Findings dated May 26, 1999."  (Buntin Dep. Ex. 1053)

A-2   E-mail from Sean Kim dated September 26, 2002 Re: New Thermos Product (PMI 4268-70)

A-3   Philip Johnson's report of survey entitled "Pacific Market, Inc. v. Thermos, L.L.C., A Study of Likelihood of Confusion, June 2004.

A-4   Letter from Johnson to Ed O'Connor re pilot research, 5/10/04, including pilot findings and without trade screen.

A-5   Johnson validation report.

A-6   Code Deck for Johnson survey.

A-7   Excel spreadsheet re coding of interviews and disk.

A-8   Johnson survey questionnaires.

A-9   Questionnaires from Johnson pilot survey (with and without trade screen).

A-10   PMI's survey entitled "Pacific Market International Brand Equity Research, Executive Summary, April 2002" (PMI 4790-4816)

A-11   Withdrawn

A-12   E-mail re Target Sporting Goods Meeting – November 19th  (PMI 4242-44)

A-13   E-mail re Aladdin/Target Weekly Reports (PMI 4245-46)

A-14   Withdrawn

A-15   11-1-02 E-mail re Target – POS YTD and History (PMI 4248)

A-16   10-30-02 Target-Aladdin Listing and POS Review – Fall Program (PMI 4249)

A-17   10-28-02 E-mails re Thermos Work Bottle (PMI 4250)

A-18   E-mails re New Thermos Product (PMI 4268-70)

A-19   Withdrawn

A-20   Withdrawn

A-21   6-5-03 Revised 7-17-03 Target – Pricing Review (PMI 4294)

A-22   Withdrawn

A-23   Withdrawn

A-24   Withdrawn

A-25   2-9-04 E-mail re FW: Target Meeting – January 27, 2004 (PMI 4337)

A-26   Withdrawn

A-27   Withdrawn

A-28   3-24-03 Article – PMI Updates Stanley Bottle to Make it Relevant for Today's Consumers (PMI 4220)

A-29   Stanley Quart Unit and $ Sales 1998 to 2003 (PMI 4229)

A-30   Withdrawn

A-31   2001 Customer Purchases of the Stanley Blue Sport Bottle by Units by $ by Month (PMI 4232)

A-32   Withdrawn

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

A-33     12-2-02 Target – Aladdin Listing and Point of Sales Review (Sales at Retail) Review – Fall Program (PMI 4235-36)

A-34     The Buntin Group "A Unique Communications Resource for Aladdin Industries, Inc., March 30, 1993"  (Buntin Dep. Ex. 1051)

A-35     Announcement of PMI's Acquisition of Aladdin.  (Doyle Dep. Ex. 3)

A-36     Final Announcement of PMI's Acquisition of Aladdin. (Doyle Dep. Ex. 4)

A-37     PMI Marketing Plan (Doyle Dep. Ex. 5)

A-38     PMI "Market Opportunity, Portfolio Strategy, and Brand Visions" updated 2/14/02 (Doyle Dep. Ex. 6)

A-39     10-2002 E-mails re Thermos Update (PMI 4262-63)

A-40     10-1-02 E-mails re Stanley Fall 2002 Bottle Strategy and Program (PMI 4265-66)

A-41     Withdrawn

A-42     Withdrawn

A-43     1-26-04 Target-Aladdin Listing and POS Review – Fall Program (PMI 4819)

A-44     Pacific Market, Inc.'s Responses to Defendant Thermos L.L.C.'s First Set of Requests for Admissions to Plaintiff Pacific Market, Inc., (5 pages)

A-45     December 20, 2001 Press Release (2 pages)

A-46     1-28-03 E-mail from Tami Fujii to Rob Harris re CNBC Outline (PMI 4347-48)

A-47     September '02 E-mails re New Thermos Product (PMI 4276-78)

A-48     Withdrawn

A-49     9-10/02 Steel Bottle Review (PMI 4779)

A-50     Aladdin 2003 Product Catalog (PMI 4204-15)

A-51     PMI Marketing Communications Plan , January 8, 2004

A-52     PMI Brand/Private Label Platform Documents 11/26/02 (LJM 1061-67)

A-53     Closing Documents (PMI 4383-4778)

A-54     Early Design/Concepts, Concepts 1-10.  (HADW 2-14)

A-55     Early Design/Concept Box Artwork for the Classic and Octagon. (HADW 15)

A-56     Early Design/Concept Box Artwork for the Classic Green Bottle.(HADW 16)

A-57     Early Design/Concept Box Artwork for the Classic Green Bottle and 16 oz. Travel Mug.  (HADW 17)

A-58     Early Design/Concept Box Artwork for the Green Bottle Classic and 16 oz. Traveling Mug.  (HADW 18)

A-59     Early Design/Concept Box Artwork for the for the Classic Bottle. (HADW 19)

A-60     Early Design/Concept Box Artwork for the Classic Bottle.  (HADW 20)

A-61     Early Design/Concept Box Artwork for the Classic Bottle.  (HADW 21)

A-62     Early Design/Concept Box Artwork for the Classic Bottle.  (HADW 22)

A-63     Early Design/Concept Box Artwork for the Classic Green Bottle. (HADW 23)

A-64     Early Design/Concept Box Artwork for the Classic Green Bottle.  (HADW 24)

A-65     Early Design/Concept Box Artwork for the Stanley Bottle.  (HADW 25)

A-66     Early Design/Concept Box Artwork for the Classic Green Bottle.  (HADW 26)

A-67     E-mail dated 09/18/02 re changes to package copy (HADW 27-32)

A-68     Handwritten notes re PMI and the project.  (HADW 121-122)

A-69     Company Objectives.  (HADW 123-134)

A-70     Outline of consumer research re PMI products.  (HADW 135-140)

A-71     PMI Market Opportunity, Portfolio Strategy and Brand Visions.  (HADW 141-62)

A-72     2002 Coleman Retail Price List and hoover.com information.  (HADW 163-203)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | | |
|---|---|---|
| 1 | A-73 | Hornal Anderson Creative Brief, Packaging Design Development.  (HADW 204-06) |
| | A-74 | Box for Aladdin Stanley Bottle.  (HADW 207) |
| 2 | A-75 | Box for Stanley Bottle.  (HADW 208) |
| 3 | A-76 | Aladdin Retail Products Catalog.  (HADW 209-20) |
| | A-77 | The Stanley Brand, Retail Environment Research and Analysis.  (HADW 221-26) |
| 4 | A-78 | Artwork for Stanley Classic Green Box.  (HADW  302) |
| | A-79 | Artwork for Stanley Classic Green Box.  (HADW  303) |
| 5 | A-80 | Artwork for for Stainless Steel Bottle Box.  (HADW  304) |
| | A-81 | Artwork for Stanley Box.  (HADW  305) |
| 6 | A-82 | Artwork for Stanley Classic  Box.  (HADW  306) |
| | A-83 | Artwork for Stanley Classic Box.  (HADW  307) |
| 7 | A-84 | Artwork for Stanley Quart Bottle Box.  (HADW  308) |
| | A-85 | Artwork for Stanley Classic Green Box.  (HADW  309) |
| 8 | A-86 | Artwork for Stanley Quart Bottle Box.  (HADW  310) |
| | A-87 | Artwork for Stanley Quart Bottle Box.  (HADW  311) |
| 9 | A-88 | Artwork for Stanley Stainless Steel  Bottle Box.  (HADW  312) |
| 10 | A-89 | Artwork for Stanley Classic Green Box .  (HADW  313) |
| | A-90 | Project Tracking Timeline.  (HADW  315) |
| 11 | A-91 | E-mail dated 08/28/02 re price estimate for printing packaging.  (HADW 316-17) |
| | A-92 | Stanley Packaging and Brand Guidelines.  (HADW  376-385) |
| 12 | A-93 | Proofs.  (HADW  375, 386-453) |
| 13 | A-94 | Design Refinement Artwork.  (HADW 454-517) |
| | A-95 | Shape Studies Artwork.  (HADW 518-530) |
| 14 | A-96 | Aladdin History, Research and Strategy Report.  (HADW 531-559) |
| | A-97 | Stanley Packaging Round 3 Creative and In-Store Color Testing Report.  (HADW  560-564) |
| 15 | A-98 | Color & Design Explore Artwork.  (HADW 565-609) |
| 16 | A-99 | Philip Johnson's Rebuttal Report |
| | A-100 | Handbook of Survey Research edited by Rossi, Wright and Anderson (1983). |
| 17 | A-101 | PMI's Responses to Thermos's Interrogatories and Requests to Admit |
| | A-102 | Thermos' Rule 30(b)(6) Deposition Notice to PMI |
| 18 | A-103 | Letter from Ehrlichman to O'Connor, 6/22/04. |
| | A-104 | E-mails re Kmart Sales By Month, 1/11/02.  (Thermos 84-85) |
| 19 | A-105 | Article, "Kmart faces daunting  challenges in reorganization." (Thermos 86-89) |
| | A-106 | E-mail re Congratulations, 10/21/01.  (Thermos 100) |
| 20 | A-107 | Memorandum re Kmart VW Review Meeting, 9/20/01.  (Thermos 103-05) |
| 21 | A-108 | E-mails re Meeting Notes, 9/06-9/07/01.  (Thermos 111-15) |
| | A-109 | Color copy of Thermos 2001 Insulated & Vacuum Containers Catalog.  (Produced as Thermos 116-35) |
| 22 | A-110 | E-mail re Kmart, 4/23/01. (Thermos 186) |
| 23 | A-111 | E-mails re Work Series Bottle, 5/30/02. (Thermos 486) |
| | A-112 | E-mails re Quotations, 3/10-3/11/02.  (Thermos 524) |
| 24 | A-113 | E-mail re Work Series Bottle at Target, 10/31/02. (Thermos 536) |
| | A-114 | E-mail re Target POS on Work Bottles, 10/23/02. (Thermos 539) |
| 25 | A-115 | E-mail re Target Vacuumware Update, 10/16/02. (Thermos 551) |

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

A-116    E-mails re cancellation of orders, 11/11-11/18/02, and attachments. (Thermos 576-603)
A-117    "Costco, Hardware 2002, Vacuumware Promotions."  (Thermos 649-52)
A-118    Target Fall 2002 Planogram.  (Thermos 660-62)
A-119    "Costco, Stationary 2002, Desk Organizer Promotions." (Thermos 870-79)
A-120    Memorandum re Major Accounts, 12/15/99.  (Thermos 1167-68)
A-121    Copy of Thermos/Nissan 2000 New Products Catalog.  (Thermos 1109-14)
A-122    Category Sales and Profit Analysis - Target.  (Thermos 1181-82)
A-123    Call Recap Form re Target, 7/23/02.  (Thermos 1222-23)
A-124    Handwritten notes re beverageware.  (Thermos 1226)
A-125    Emails re Target Forecasted Sales 2002, 7/31/02.  (Thermos 1350-54)
A-126    E-mails re Quotation Forms: Target VW Program, 1/30-2/1/02.  (Thermos 1452-53)
A-127    Work Series drawings dated 1/00/02.  (Thermos 1674-82)
A-128    Purchase Order and quotation.  (Thermos 1683-84)
A-129    Price Quotation dated 1/11/02.  (Thermos 1700)
A-130    Work Series beverage bottle drawings.  (Thermos 1701-04)
A-131    E-mails re Request for EP of Stanley Killer Projects, 11/20-11/26/01.  (Thermos 1711-12)
A-132    Letter to Mike Riehle re Thermos program, 2/11/02.  (Thermos 1421-27)
A-133    Report, "Vacuum Flasks: 1997 Strategic & Tactical Annual Market Assessment" (excerpt).  (Thermos 1895-1907)
A-134    Report, "Vacuum Flasks: 1999 Strategic & Tactical Annual Market Assessment" (excerpt).  (Thermos 2408-16)
A-135    Report, "Vacuum Flasks: 1998 Strategic & Tactical Annual Market Assessment" (excerpt).  (Thermos 2471-78)
A-136    Report, "Vacuum Flasks: 2000 Strategic & Tactical Annual Market Assessment" (excerpt).  (Thermos 2532-40)
A-137    "Target/Thermos 4th Quarter sales – 1999."  (Thermos 2603)
A-138    E-mail re Thermos Response/need to change meeting date for Thermos review, 1/23/01.  (Thermos 2827)
A-139    Thermos New Product Development information sheets.  (Thermos 3378-88)
A-140    Memorandum re 9/25/01 New Product Development Meeting, 9/19/01.  (Thermos 3392-3436)
A-141    Handwritten notes re 8/24/00 NPD.  (Thermos 3580)
A-142    Target advertisements  and attached Weekly Sales by Type: Unit.  (Thermos 3593-98)
A-143    Handwritten notes re "11/7/02 Target Prep Mtg."  (Thermos 3600)
A-144    E-mail re Meeting with Target & Ladder Forecasts, 11/6/02.  (Thermos 3601-02)
A-145    Handwritten notes re John Butcher.  (Thermos 3636)
A-146    Target Fall Vacuumware Review, February 5, 2002.  (Thermos 3658-83)
A-147    Target Beverageware Plan-o-gram.  (Thermos 3650-55)
A-148    Memorandum re Cold Beverage Insulation Strategy Brief, 2/02.  (Thermos 3690-94)
A-149    Aladdin Killer Food Jar Price (TTM) .  (Thermos 3784)
A-150    Memorandum re Stanley Killer Research and Direction.  (Thermos 3785)
A-151    Handwritten notes and "Stanley Killer" Discussion Guide.  (Thermos 6531-33)
A-152    "The Rock vs. Stanley Bottle Case Study in Canada."  (Thermos 3841-42)

AMENDED PRETRIAL ORDER– 42
CV03-1261 JLR

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

A-153    Handwritten notes re 5/29/02 NPD Mtg.  (Thermos 3864)
A-154    Work Series Bottle Marketing Support Plan.   (Thermos 3903)
A-155    Handwritten notes re Trade Outreach.  (Thermos 3914)
A-156    SVW Analysis – 7/17/00.  (Thermos 3956-57)
A-157    E-mail re SVW Bottle Transition, 6/14/00.  (Thermos 3966)
A-158    USA Profitability Summary by Product Class.  (Thermos 4355-56)
A-159    USA Profitability Summary by Region/Product Class.  (Thermos 4357-78)
A-160    Thermos 2000 Marketing Plan, Vacuumware.  (Thermos 4735-4785)
A-161    Thermos Attack Plan, 1/1/02.  (Thermos 4992-5002)
A-162    Brand Equity Study, Final Presentation, 7/29/02.   (Thermos 5035-5072)
A-163    Brand Equity Study, Weighted Data (Thermos 5074-5154)
A-164    Important Vacuumware News with attached Thermos Vacuumware Evolution.
         (Thermos 5357-62)
A-165    E-mails re Kmart Issues, 10/18-10/21/02.  (Thermos 5471-74)
A-166    2001 and 2002 Kmart sales data.  (Thermos 5438-46)
A-167    File, "Club VW Attack Plan."  (Thermos 5496-97)
A-168    E-mail re Average Price Analysis, 10/7/02.  (Thermos 5492-95)
A-169    File, "K-mart Attack Plan."  (Thermos 5501-03)
A-170    E-mail re Rock bottle and food jar, 6/22/01.  (Thermos 5626)
A-171    E-mails re #2510R Price at TCC, 1/4-1/8/01.  (Thermos 5632)
A-172    E-mails re Rock Bottle, 11/21/00.  (Thermos 5638)
A-173    E-mail re Rock vs Stanley, 9/5/00.  (Thermos 5650)
A-174    2510R sales and  Sales by Product - Detail.  (Thermos 5666-74)
A-175    Handwritten notes of Oct. 17, 2001 Meeting at TCC.  (Thermos 5758-74)
A-176    Memorandum re Aladdin's 1999 Catalog & Pricing and attached catalog.  (Thermos
         5926-36)
A-177    1999 Aladdin Beverageware Catalog.  (Thermos 5937-48)
A-178    US Patent No. 3,618,807, "Insulated Metal Cups for Thermos Bottles.  (Thermos
         5996-6002)
A-179    Handwritten notes re Ranger launch Meeting.  (Thermos 6800)
A-180    Handwritten notes re Work Bottle features.  (Thermos 6805)
A-181    Insight Product Development Design Proposal for the Development of the new
         "Stanley Killer" Vacuum Bottle.  (Thermos 6921-28)
A-182    2000-2001 Sales Data.  (Thermos 4116-18)
A-183    Work Series Teaser Campaign.  (Thermos 6200-02, 6205-07, 6216-17, 6228, 6232-
         33, 6240-41, 6264-67)
A-184    Purchase Order dated 01/25/02.  (Thermos 6970)
A-185    E-mail re Quote, 3/05/02, and attached job quotes.  (Thermos 7092-95)
A-186    E-mail re Ranger, 2/07/02.  (Thermos 7098)
A-187    Color copy of Thermos 2003 Insulated & Vacuum Containers Catalog.  (Produced as
         Thermos 7145-60)
A-188    Color copy of Thermos 2003 Product Catalog. (Produced as Thermos 7161-80)
A-189    Copy of Thermos 2003 Promotional Catalog.  (Thermos 7239-58)
A-190    Color copies of cover and selected pages from Thermos 1991 Vacuum Ware
         Catalog.  (Produced as Thermos 7260-62)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

A-191   Color copy of ad: "Thermos Dares to Compare …And Wins." (Produced as Thermos 7264-67)

2

A-192   Color copies of cover and selected pages from Thermos Vacuum Bottles catalog. (Produced as Thermos 7269-71)

3

A-193   Color copies of cover and one page from 1997 Nissan Stainless catalog. (Produced as Thermos 7280-81)

4

A-194   Color copies of cover and one page from Thermos 2002 Insulated & Vacuum Containers catalog. (Produced as Thermos 7289-90)

5

A-195   Color copy of Thermos 1991 Vacuum Ware catalog. (Cover and first two pages of this catalog produced as Thermos 7260-62.) (Thermos 7790-7801)

6

A-196   Color copy of Thermos 1995 Vacuum Bottles catalog. (Cover and pages 6 and 15 of this catalog produced as Thermos 7269-71.) (Thermos 7802-7817)

7

A-197   Color copy of 1996 Nissan Stainless catalog. (Cover and page 3 of this catalog produced as Thermos 7280-81.) (Thermos 7818-7835)

8

A-198   Color copy of Thermos 2002 Insulated & Vacuum Containers catalog. (Cover and page 3 of this catalog produced as Thermos 7289-90.) (Thermos 7836-7855)

9

A-199   Color copy of Thermos 1990 Vacuum Ware catalog. (Thermos 7856-7867)

10

A-200   Color copy of Thermos 1992 Vacuum Ware catalog. (Thermos 7868-7881)

A-201   Color copy of Thermos 1993 Steel Vacuum Bottles catalog. (Thermos 7882-7889)

11

A-202   Color copy of Thermos 1996 Vacuum Bottles catalog. (Produced by Meridian and numbered as M 1-22.) (Thermos 7890-7911)

12

A-203   Color copy of Thermos 1997 Vacuum Ware catalog. (Clear copy of document produced at Murakami deposition and marked as Dep. Ex. 126; bates numbers added for trial convenience.) (Thermos 7912-7933)

13

14

A-204   Color copy of Thermos 1998 Vacuum Ware catalog. (Clear copy of document produced at Murakami deposition and marked as Dep. Ex. 127; bates numbers added for trial convenience.) (Thermos 7934-7957)

15

A-205   Color copy of Thermos Vacuum & Insulated Containers catalog. (Clear copy of document produced at Murakami deposition and marked as Dep. Ex. 128; bates numbers added for trial convenience.) (Thermos 7958-7995)

16

17

A-206   Color copy of Thermos 1993 Vacuum Ware and Carafes catalog. (Thermos 7996-8017)

18

A-207   Color copy of Thermos 2004 Insulated Food and Beverage Containers catalog. (Clear copy of document produced at Murakami deposition and marked as Dep. Ex. 129; bates numbers added for trial convenience.) (Thermos 8018-8053)

19

20

A-208   Color copy of Thermos Nissan Insulated Food and Beverage Containers catalog. (Clear copy of document produced at Murakami deposition and marked as Dep. Ex. 130; bates numbers added for trial convenience.) (Thermos 8054-8077)

21

22

A-209   Rationale, Work Series Bottle. (Thermos 7291)

A-210   Sales/COGS Results Detail – January 2002. (Thermos 7292-7309)

23

A-211   SVW Sales by Product – Current/Prior Years. (Thermos 7310)

A-212   Thermos Closed Orders by Product Categories Report dated 09/15/03. (Thermos 7312-59)

24

A-213   Thermos LLC, 2520 and 2345 Sales, Costs, Profits and Inventories dated 01/16/04. (Thermos 7360)

25

A-214   Purchase Orders. (Thermos 7362-99)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

A-215    Sales of 2345 and 2345T2, 9/02-4/03.  (Thermos 7401-13)

A-216    2345T2 Transactions.  (Thermos 7426-48)

A-217    2345 Transactions.  (Thermos 7449-56)

A-218    2520 Transactions.  (Thermos 7457-69)

A-219    2520HD Transactions.  (Thermos 7470)

A-220    2520T2 Transactions.  (Thermos 7471-92)

A-221    Thermos 2004 Annual Budget, Steel Vacuumware, Monthly Unit Sales, 07/29/03. (Thermos 7493-95)

A-222    Sales of 2520 and 2520T2, 09/02-4/03.  (Thermos 7496-7509)

A-223    Thermos Closed Orders 2520, 5/03-7/03.  (Thermos 7510-16)

A-224    Thermos Closed Orders 2345, 5/03-7/03.  (Thermos 7517-22)

A-225    Sales through 4/30/03.  (Thermos 7523-24)

A-226    All Inventories Value Report dated 07/01/03.  (Thermos 7525-30)

A-227    E-mail re Month End On-Hand balances, 8/12/03.  (Thermos 7531)

A-228    Thermos LLC 2520 and 2345 Sales, Costs, and Profits.  (Thermos 7533)

A-229    Thermos LLC 2520 and 2345 Sales, Costs, and Profits, updated through January 2005.  (Thermos 7728-30)

A-230    2520 and 2345 Sales, Costs and Profits, COGS at Standard Rates.  (Thermos 7541)

A-231    Sales of Work Series beverage bottle, 8/03-5/04.  (Thermos 7564-84)

A-232    Thermos Closed Orders 2345, 5/03-7/03.  (Thermos 7598-7603)

A-233    Sales of Work Series food bottle 8/03-5/04.  (Thermos 7604-22)

A-234    Pages from Thermos Website.  (Thermos 7623-27)

A-235    Pages from PMI Website.  (Thermos 7630-38)

A-236    Pages from vacuum ware websites compiled by David Nolte.  (Thermos 7640-85)

A-237    Expert Report of David Nolte.

A-238    Rebuttal Expert Report of David Nolte.

A-239    Withdrawn

A-240    Thermos LLC 2520 and 2345 Sales, Costs, and Profits, 8/02-5/04.  (Included in binder produced at deposition of David Nolte.)

A-241    Thermos LLC 2520 and 2345 Sales, Costs, and Profits, 8/02-8/04.  (Included in binder produced at deposition of David Nolte.)

A-242    Thermos LLC 2520 and 2345 Sales, Costs, and Profits:  Chart Data.  (Included in binder produced at deposition of David Nolte.)

A-243    Thermos LLC Damage Analysis.  (Included in binder produced at deposition of David Nolte; bates numbers added for convenience at trial.)

A-244    Pacific Market, Inc. vs. Thermos LLC Damage Summary, updated through 1/05. (Thermos 7727)

A-245    Thermos 2520 sales, 6/04-7/04.  (Included in binder produced at deposition of David Nolte.)

A-246    Thermos 2345 sales, 6/04-7/04.  (Included in binder produced at deposition of David Nolte.)

A-247    Thermos® historical vacuum bottle with black morocco covering.  (As stated during Rule 30(b)(6) deposition of Tony Seitz, historical bottles are available for inspection upon request.)  (Thermos 7788)

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| A-248 | Thermos® historical vacuum bottle, all steel.  (As stated during Rule 30(b)(6) deposition of Tony Seitz, historical bottles are available for inspection upon request.)  (Thermos 7789) |
| A-249 | Thermos® historical vacuum bottle with painted body and THERMOS label.  (As stated during Rule 30(b)(6) deposition of Tony Seitz, historical bottles are available for inspection upon request.)  (Thermos 7784) |
| A-250 | Thermos® historical vacuum bottle, corrugated nickel.  (As stated during Rule 30(b)(6) deposition of Tony Seitz, historical bottles are available for inspection upon request.)  (Thermos 7785) |
| A-251 | Thermos® historical vacuum bottle, 1 Quart Metal Cased.  (As stated during Rule 30(b)(6) deposition of Tony Seitz, historical bottles are available for inspection upon request.)  (Thermos 7786) |
| A-252 | Thermos® historical vacuum bottle.  (As stated during Rule 30(b)(6) deposition of Tony Seitz, historical bottles are available for inspection upon request.)  (Thermos 7787) |
| A-253 | American Thermos Bottle Company catalog page.  (Dep. Ex. 519.) |
| A-254 | Photograph of historical Thermos® vacuum bottle.  (Dep. Ex. 520) |
| A-255 | Stanley one-quart green bottle with plastic cup cap. |
| A-256 | Samples of replacement cups for Stanley one-quart green bottle. |
| A-257 | Sample of Thermos Work Series beverage bottle. |
| A-258 | Sample of Thermos Work Series food bottle. |
| A-259 | Sample of Thermos Work Series beverage bottle packaging. |
| A-260 | Sample of Thermos Work Series food bottle packaging. |
| A-261 | Sample of Stanley one-quart green bottle packaging. |
| A-262 | Sample of Stanley wide-mouth green bottle packaging. |
| A-263 | U.S. Design Patent No. 427,107, entitled Food Jar. |
| A-264 | U.S. Design Patent No. 476,859, entitled Vacuum Bottle. |
| A-265 | U.S. Trademark Registrations for THERMOS (Reg. Nos. 67,002; 176,064; 229,816; 2,211,478; 2,644,361; and 2,909,238) |
| A-266 | 1980 Aladdin catalog.  (PMI 111-26) |
| A-267 | 1972 Aladdin promotional literature.  (PMI 1149) |
| A-268 | Color copy of 1989 Consumer Reports article.  (Black & white copy produced as PMI 2080-83) |
| A-269 | Great Falls Tribute article, 3/06/03.  (PMI 4086) |
| A-270 | Homeworld Business article, 5/25/03.  (PMI 4087-88) |
| A-271 | 2001 Stanley catalog.  (PMI 4097-4118) |
| A-272 | 2002 Stanley Retail Products catalog.  (PMI 4119-30) |
| A-273 | Photo array of Stanley products.  (PMI 4133-34) |
| A-274 | Aladdin catalog.  (PMI 4184-4215) |
| A-275 | Product Package for Stanley Sport Bottle.  (PMI 4135) |
| A-276 | Stanley Product drawings.  (PMI 1385-1386, 2214, 2216-2219, 2221-2222, 2224, 2229, 2234, 2237, 2240-2241, 2244, 2448-2251, 2256-2262, 2472, 2527, 3228-3230, 3252, 3253-3255, 3263, 3305, 3344, 4145-4183) |
| A-277 | Folder entitled "Stanley Returns."  (PMI 1616-1672) |
| A-278 | Email string and attached one page report:  Target POS Sales YTD and K-Mart YTD.  (PMI 5666-68.) |

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A-279     PMI press release, 7/24/03.  (PMI 4894-4895)

A-280     PMI Trend Perspective 2004.  (PMI 4896)

A-281     Stanley Packaging and Brand Guidelines.  (PMI 4898-4914).

A-282     Product carton and packaging concepts / Hornall Anderson Design Works.  (PMI 4931-4963)

A-283     Vacuum Bottle Market Study Sporting Goods Chains – September 2004.  (PMI 4915-4930)

A-284     Email from Lane Marketing to Tami Fujii, attaching press release, 7/24/03.  (PMI 5007-5009)

A-285     Email from Lane Marketing attaching PMI PR Recap Presentation, 8/25/03.  (PMI 5010-5025)

A-286     Email string between Tami Fujii and Ryan Leverenz, 8/18/03.  (PMI 5026-5027) )

A-287     Email from Leverenz to Fujii, 8/14/03.  (PMI 5032-5034)

A-288     Email from Leverenz to Fujii, 8/12/03.  (PMI 5035)

A-289     Email from Wendy Lane, 7/21/03.  (PMI 5038-5039)

A-290     Email from Paterson to Fujii re attached final press releases for printing, 2/25/03.  (PMI 5082-5086)

A-291     Email from Leverenz transmitting final version of attached press release, 1/7/03.  (PMI 5112-15)

A-292     Email string between Leverenz and Fujii re: comments on draft press release, 1/7/03.  (PMI 5116-5119)

A-293     Email from Leverenz to Fujii re attached draft documents, 1/02/03.  (PMI 5120-5126)

A-294     Color copies of current and historical product cartons for Stanley Classic Beverage Bottle produced by PMI (no bates nos.)

A-295     Stanley Quart Unit and $ Sales – 1997 to 2003.  (PMI 5712)

A-296     Stanley Wide Mouth Sales – 1997 to 2003.  (PMI 5713)

A-297     2001 Customer Purchases of Stanley Blue Sports Bottle by Units by $ by Month (PMI 5714)

A-298     2002 Estimated sales data for Stanley Blue Sports Bottle (PMI 5715)

A-299     Unit and Dollar Sales by customer, 6/02-5/04.  (PMI 5767-5826)

A-300     Sales data, 6/02-12/02.  (PMI 5871-72)

A-301     2002 History JaSS $$ detail.xls.  (96-page print-out from CD-ROM produced as PMI 5876)

A-302     2002 YEARENDALADS.xls 1-20-04.xls.  (31-page print-out from CD-ROM produced as PMI 5876)

A-303     Stanley 2001 Sales f#194EAA.xls.  (57-page print-out from CD-ROM produced as PMI 5876)

A-304     97-98 Stanley.XLS from GW 12-16-03.XLS.  (118-page print-out from CD-ROM produced as PMI 5692)

A-305     2003 Aladdin with Old Sales Codes.2-3-03.xls.  (3-page print-out from CD-ROM produced as PMI 5692)

A-306     2002 Stanley Bottle Sales.xls.  (3-page print-out from CD-ROM produced as PMI 5692)

A-307     2001 Stanley Sales by Customer by product 10-15-03 – 12-16-03.xls.  (8-page print-out from CD-ROM produced as PMI 5692)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

A-308   2001 Stanley Sales 12-16-03.xls.  (58-page print-out from CD-ROM produced as PMI 5692)

A-309   2000 Stanley Bottle Sales.xls from KR Pivot 12-16-03.xls.  (646-page print-out from CD-ROM produced as PMI 5692)

A-310   Email dated 12/5/02  (PMI 4238)

A-311   Email string re: underperforming items at Target, 10/22/02.  (PMI 4253-56)

A-312   Internal Email string dated 9/26/02.  (PMI 4273-75)

A-313   Internal Email string, 9/26/02.  (PMI 4276-78)

A-314   Email from Bross, 9/25/02.  (PMI 4283-4284)

A-315   Email from Donnelly, 9/1/02 with attached analysis of strategy for competition between Stanley, Rock and Work bottles.  (PMI 4286-90)

A-316   Email from Donnelly, 9/6/02.  (PMI 4291-92)

A-317   Email from P. La Greca, 05/27/03.  (PMI 4295)

A-318   Internal Email string, 5/19/03.  (PMI 4299-4301)

A-319   YTD POS Sales Kmart and Target.  (PMI 4298)

A-320   Photos of Thermos Work Bottle cartons and Stanley cartons.  (PMI 4304-08)

A-321   Sales presentation of Stanley products and their features.  (PMI 4317-36)

A-322   Email from Donnelly, 2/9/04.  (PMI 4337-38)

A-323   Email from Donnelly, 11/20/02.  (PMI 4367-68.)

A-324   Internal Emails, 10/09/02.  (PMI 4370-71.)

A-325   Email from Donnelly, 5/24/02.  (PMI 4376-77)

A-326   E-mail from Donnelly, 9/6/02.  (PMI 4375)

A-327   Retail Competitive Review, 4/26/02.  (PMI 4780-85.)

A-328   Second Amendment to Asset Purchase Agreement between PMI and Aladdin, and Restated Bill of Sale, 8/14/04.  (PMI 5889-93)

A-329   Email, Christopher Doyle to Mike Bross re: Stanley – Aladdin Acquisition, 12/18/01.  (DPR 3)

A-330   Facsimile press release, 12/20/01.  (DPR 6)

A-331   PMI – Q&A re acquisition of Aladdin and Stanley.  (DPR 9-14)

A-332   Email, Christopher Doyle to Tami Fujii and Mike Bross, 12/19/01.  (DPR 16-17)

A-333   Memo re Housewares Trade Show.  (DPR 18-19)

A-334   Wilke comments with HW notes.  (DPR 24)

A-335   Email, Christopher Doyle to Tami Fujii and others re: HomeWorld Business-- 12/20/02, 1/8/02. (DPR 25-26)

A-336   Note from Christopher Dole to Mike Bross and Tami Fujii forwarding copy of Housewares article, 2/19/02.  (DPR 27)

A-337   News reports re: PMI acquisition of Aladdin and Stanley.  (DPR 29-31, 33-35)

A-338   "The tough questions."  (DPR 47)

A-339   Press release points outline.  (DPR 57)

A-340   Email, Christopher Doyle to Tami Fujii, 3/29/02.  (DPR 84-85)

A-341   HW note "4/12/02 – Tami-PMI."  (DPR 86)

A-342   Email, Tami Fujii to Christopher Doyle, 3/14/02.  (DPR 89)

A-343   Email, Carol Schreitmueller to Tami Fujii, 1/9/02.  (DPR 137-38)

A-344   Press release, "PMI Creates New Aladdin Division," 4/18/02.  (DPR 163-64)

A-345   Handwritten Notes, 3/22/02.  (DPR 178-79)

A-346   CD-ROM produced by Doyle Public Relations.  (DPR 295)

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | | |
|---|---|---|
| 1 | A-347 | MiGo Spring 2002 Catalog.  (DPR 326-29) |
| | A-348 | MiGo Brand Road Map, 2000-2005.  (DPR 377-96) |
| 2 | A-349 | DPR/PMI "Snapshot" overview.  (DPR 418-32) |
| | A-350 | PMI/DPR Proposal.  (DPR 434-40) |
| 3 | A-351 | Consumer/PR Calendar.  (DPR 454) |
| | A-352 | Popular Mechanics piece.  (LJM 122-23) |
| 4 | A-353 | PMI press release, 7/24/03.  (LJM 164-65) |
| | A-354 | PMI company profile. (LJM 183) |
| 5 | A-355 | Aladdin Copy/Image Use (LJM 194-97) |
| | A-356 | PMI July event and follow-up notes (LJM 258-59) |
| 6 | A-357 | Bolt and Classic Q&A (LJM 262) |
| 7 | A-358 | Letter from Lane, 8/14/03 (LJM 357) |
| | A-359 | Letter from Fujii to Lane, 11/14/03 (LJM 610-12) |
| 8 | A-360 | Chart, 10/25/02 (LJM 696) |
| 9 | A-361 | Draft PMI Marketing Plan (LJM 699-705) |
| | A-362 | PMI press release, 1/03 (LJM 716-18) |
| 10 | A-363 | PMI Marketing Communications Consultation (LJM 788-89) |
| | A-364 | PMI Marketing Communications Plan (LJM 817-33) |
| 11 | A-365 | 2004 Aladdin Marketing Communications Plan (LJM 888-93) |
| | A-366 | PMI Marketing Communications Plan (LJM 904) |
| 12 | A-367 | Consumer e-mails (LJM 1049-59) |
| 13 | A-368 | Thermos Vacuum Ware Category Objectives and Strategy. (M 62-82) |
| | A-369 | Color copy of Product Display:  Stainless Steel Insulated Bottles.  (Produced in color by Meridian, numbered by PMI's counsel as M 26-27.) |
| 14 | A-370 | Color copy of HFN Brand Survey published in 10/6/03 edition of HFN News. (Thermos 8083-8088) |
| 15 | A-371 | Color copy of HFN Brand Survey published in 9/20/99 edition of HFN News. (Thermos 8089-8093) |
| 16 | A-372 | Color copy of HFN Brand Survey published in 12/10/01 edition of HFN News. (Thermos 8094-8082) |
| 17 | A-373 | PMI's website (www.pmiseattle.com) |
| 18 | A-374 | Website pages re vacuum bottles, 1/31/05.  (Thermos 7769-7783) |
| | A-375 | Sample of Thermos Rock bottle. |
| 19 | A-376 | Sample of Aladdin Rugged American bottle. |
| | A-377 | Sample of Thermos Stainless Steel bottle 2570. |
| 20 | A-378 | Sample of Thermos Wide Mouth Food Jar 2330. |
| 21 | A-379 | Sample of Thermos Food Jar 2300. |
| | A-380 | Sample of Thermos Add-A-Cup Stainless Steel bottle 2580. |
| 22 | A-381 | Sample of Thermos Stainless Steel bottle 2550. |
| | A-382 | Sample of Thermos Large Capacity Stainless Steel bottle. |
| 23 | A-383 | Sample of Thermos Contour beverage bottle 60100A. |
| | A-384 | Sample of Thermos Nissan Stainless Steel Vacuum Insulated Wide Mouth bottle. |
| 24 | A-385 | Sample of Thermos Briefcase bottle 2410. |
| | A-386 | Sample of Thermos Wide Mouth Food Jar 2310L. |
| 25 | A-387 | Sample of Nissan Stainless camouflage bottle. |
| | A-388 | Sample of Thermos Nissan Stainless Steel Vacuum bottle NCD-10. |

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

A-389    Sample of Thermos Stainless Steel bottle 2590.
A-390    Sample of Thermos Wide Mouth Food Jar 2340.
A-391    Sample of Thermos Food Jar 7021W.
A-392    Sample of Thermos Add-A-Cup Beverage bottle 3410.
A-393    Sample of Thermos Add-A-Cup Beverage bottle 3610BLW4.
A-394    Sample of Nissan Stainless bottle HSK1000HB/6.
A-395    Color copy of Exhibit 9 to Expert Report of Cooper Woodring.
A-396    Retail Competitive Review, 4/26/02.  (PMI 4780)
A-397    "Menard's Attack Plan" file.  (Thermos 5504-06)
A-398    Stanley Killer Critical Path.  (Thermos 6910)
A-399    Photos of Thermos 2570 and Rock bottle with hammertone finishes.  (Thermos 6569-70)
A-400    Work Series sell sheets.  (Thermos 6604-05)
A-401    Thermos Vacuumware Products Market Review, June 2002.  (Thermos 6643-44)
A-402    Thermos Mid-Year Sales Meeting, June 2002.  (Thermos 6648-61)
A-403    Press release, 4/26/02.  (Thermos 6673)
A-404    Handwritten notes re weights of Stanley and Thermos Work bottles.  (Thermos 6706)
A-405    E-mails re Rock vs Stanley, 12/17-12/21/01.  (Thermos 6822-23)
A-406    Beverage bottle design drawings.  (Thermos 6853)
A-407    Robert Harris Deposition Exhibits
A-408    Aladdin Industries/Fred Meyer Deposition Exhibits
A-409    Documents produced by David Nolte (Thermos 7533-7686)
A-410    Thermos 30(b)(6) Dep. Ex. 509
A-411    Thermos 30(b)(6) Dep. Ex. 516
A-412    Thermos 30(b)(6) Dep. Ex. 517
A-413    Thermos 30(b)(6) Dep. Ex. 518
A-414    Lane Marketing 30(b)(6) Dep. Ex. 4
A-415    Lane Marketing 30(b)(6) Dep. Ex. 5

### ACTION BY THE COURT

(a)    This case is scheduled for trial before a jury on March 21, 2005, at 1:30 p.m.

(b)    Trial briefs shall be submitted to the Court on or before March 14, 2005.

(c)    Jury instructions requested by either party shall be submitted to the Court on or before March 14, 2005.  Suggested questions of either party to be asked of the jury by the Court on voir dire shall be submitted to the Court on or before March 14, 2005.

This order has been approved by the parties as evidenced by the signature of their counsel.  This order shall control the subsequent course of the action unless modified by a subsequent order of the Court pursuant to agreement of the parties or to prevent manifest

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1    injustice.

2         DATED this _____ day of March, 2005.

3

4                                    _____

5                                    JAMES L. ROBART
                                     UNITED STATES DISTRICT JUDGE

6    FORM APPROVED:

7    DORSEY & WHITNEY LLP

8    /s/ Shannon M. McMinimee
     PETER EHRLICHMAN, WSBA #6591
9    TODD FAIRCHILD, WSBA #17654
     SHANNON MCMINIMEE, WSBA #34471
10   1420 Fifth Avenue, Suite 3400
     Seattle, WA  98101-4010
11   Telephone:  (206) 903-8800

12   BLACK LOWE & GRAHAM LLP
     MICHAEL J. FOLISE, WSBA #15276
13   701 Fifth Avenue, Suite 6300
     Seattle, WA  98104
14   Telephone:  (206) 381-3300

15   Attorneys for Plaintiffs
16
17   PRESTON GATES & ELLIS LLP

18   /s/ Marc C. Levy
     MARC C. LEVY, WSBA #19203
19   925 Fourth Avenue, Suite 2900
     Seattle, WA  98104-1158
20   Telephone:  (206) 623-7580

21   SCHIFF HARDIN LLP
     PAULA J. MORENCY
22   KEVIN J. BYRNE
     SONDRA A. HEMERYCK
23   6600 Sears Tower
     Chicago, IL  60606
24   Telephone:  (312) 258-5500

25   **Attorneys for Defendant**

AMENDED PRETRIAL ORDER– 51
CV03-1261 JLR
4828-2105-2160\1

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820