

03-CV-01261-VRDCT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC MARKET, INC., a Washington corporation, and PACIFIC MARKET INTERNATIONAL, L.L.C., a Washington limited liability company, collectively d/b/a PACIFIC MARKET INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>THERMOS L.L.C., a Delaware limited liability company,<br><br>Defendant. | NO. C03-1261JLR<br><br>VERDICT |

We, the jury, enter the following verdicts in the case of Pacific Market, Inc. v. Thermos L.L.C.:

1. Did PMI prove all of the elements of a trade dress infringement claim?

    YES _____    NO __X__

If the answer to question number 1 is "YES," proceed to question number 2 and answer questions 2 though 6. If the answer to question number 1 is "NO," leave questions 2 through 6 blank.

VERDICT - 1

2. What is the amount of PMI's damages caused by Thermos' trade dress infringement?

       Lost profits from lost sales:    $_____

       Lost profits from price erosion:    $_____

       Past corrective advertising:    $_____

       Future corrective advertising:    $_____

       Total:    $_____

3. Did Thermos obtain profits from sales of its Work Series bottle, and if so what is the amount of those profits after deducting (1) Thermos' sales of the Work Series bottle that are attributable to factors other than its infringing trade dress features; and (2) Thermos' expenses?

       YES _____        Amount: $_____

       NO _____

4. Because you found that Thermos engaged in trade dress infringement, you may award PMI either the amount of its lost profits caused by the trade dress infringement (Option 1) or the amount of Thermos's profits from sales of infringing products (Option 2), but not both. Select one of the options below by placing an "X" or check mark in the applicable space.

*Option 1*: We award PMI the amount of its lost profits caused by Thermos' trade dress infringement:    _____

– or –

*Option 2*: We award PMI the amount of Thermos's

VERDICT – 2

profits obtained from sales of infringing products: _____

5.   Did Thermos intentionally use the Stanley Trade Dress knowing it was an infringement?

YES _____   NO _____

6.   Did PMI prove all of the elements of a Washington Consumer Protection Act claim?

YES _____   NO _____

Dated this 30th day of March, 2005.

_____
PRESIDING JUROR

Marcy Wood

VERDICT - 3