# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

PACIFIC MARKET, INC. and PACIFIC
MARKET INTERNATIONAL, L.L.C., collectively
d/b/a PACIFIC MARKET INTERNATIONAL,

       Plaintiffs,

       v.

THERMOS L.L.C.,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C03-1261JLR

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict for the Defendant.

_____ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Dated this 11th day of April, 2005.

                                BRUCE RIFKIN
                                    Clerk

s/Consuelo Ledesma
_____
Deputy Clerk